UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC., | Plaintiff, |
| -v- | |
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY | Defendant. |

JUDGE KAPLAN

07 CV 10639

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for William A. Gross Construction Assoc. Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

NOV 28 2007
S.D.
CASHIER

Date: November 20, 2007

_____
Signature of Attorney

Attorney Bar Code: CS 2735

Form Rule7_1.pdf  SDNY Web 10/2007