Carol A. Sigmond, Esq. CS 2735
Dunnington, Bartholow & Miller LLP
477 Madison Avenue – 12th Floor
New York, New York 10017
(212) 682-8811

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION,         CASE NO. 07CV10639
ASSOCIATES, INC.,                                 (LAK)

               Plaintiff

          v.                               **WAIVER OF SERVICE**

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

               Defendants.

--------------------------------------------------------------------X

TO:    Carol A. Sigmond, Esq.
        Dunnington, Bartholow & Miller, LLP
        477 Madison Avenue
        New York, New York 10022

      I acknowledge receipt of your request that I waive service of the summons in the action of William A. Gross Construction, Associates, Inc., which is case number 07CV10639 in the United States District Court for the Southern District of New York. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the amended complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after November 30, 2007, or within 90 days after that date if the request was sent outside the United States.

November 30, 2007, or within 90 days after that date if the request was sent outside the United States.

Dated: New York, New York
      November 30, 2007

_____
Vincent Zichello, Esq.
Zichello & McIntyre, LLP
Attorney for Defendant
420 Lexington Avenue, Suite 2800
New York, New York 10170