Electronic Filing
ECF 1:07-cv-10639

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION          07-CV-10639-LAK
ASSOCIATES, INC.,

                        Plaintiff,

                 - against -                          **Rule 7.1 Statement**

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                        Defendant.
-------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate-judges of this court to evaluate possible disqualification or recusal, the undersigned, attorneys-of-record for defendant, **American Manufacturers Mutual Insurance Company**, hereby state that American is not a stock company but a mutual insurance company. American is a member of the Kemper Group of Insurance companies, whose other members are listed below.

      **KEMPER INSURANCE COMPANIES**
      American Manufacturers Mutual Insurance Company
      American Motorists Insurance Company
      American Protection Insurance Company
      Kemper Casualty Insurance Company
      Kemper Compagnie d'Assurances et de Reassurances
      Kemper de Mexico Compania de Seguros SA
      Kemper Indemnity Insurance Company
      Kemper Insurance Company Limited
      Kemper International Insurance Co (Pte) Ltd
      Kemper Lloyds Insurance Company
      Kemper Surplus Lines Insurance Company
      Lumbermens Mutual Casualty Company
      Pacific Eagle Insurance Company

       Seven Continents Insurance Company Limited
       Specialty National Insurance Company
       Specialty Surplus Insurance Company
       Universal Bonding Insurance Company

Dated: New York, NY
       December 17, 2007

                              ZICHELLO & McINTYRE, LLP
                              Attorneys for Defendant, American Manufacturers
                                 Mutual Insurance Company

                        By: /s/ _____
                                 Vincent J. Zichello (VZ-3487)
                              Office & P.O. Address
                              420 Lexington Avenue
                              New York, NY 10170
                              Tel. 212-972-5560
                              E-mail  zimc@msn.com