Mark E. Klein (MK-5145)
Larry F. Gainen (LF-9351)
**INGRAM YUZEK GAINEN**
  **CARROL & BERTOLOTTI, LLP**
250 Park Avenue
New York, New York  10177
(212) 907-9699

Attorneys for Third-Party Defendant Cauldwell-Wingate Company, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

WILLIAM A. GROSS CONSTRUCTION                 :
ASSOCIATES, INC.,
                                              :        07-CV-10639-LAK
                                              :
                            Plaintiff,        :
          -against-                           :
                                              :
AMERICAN MANUFACTURERS MUTUAL                 :
INSURANCE COMPANY,                            :
                                              :
                            Defendant.        :    **NOTICE OF APPEARANCE AND**
                                              :    **REQUEST FOR SERVICE OF PAPERS**
------------------------------------------------------------x

AMERICAN MANUFACTURERS MUTUAL                 :
INSURANCE COMPANY,                            :
                                              :
                    Third-Party Plaintiffs,   :
                                              :
          -against-                           :
                                              :
CAULDWELL-WINGATE COMPANY, LLC,               :
                                              :
                    Third-Party Defendant.    :
                                              :
------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for third-party

defendant Cauldwell-Wingate Company, LLC in the above-captioned action requests that all

263880_1/00926-053                          1

notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> **INGRAM YUZEK GAINEN CARROLL
> & BERTOLOTTI, LLP**
> 250 Park Avenue
> New York, NY  10177
> Mark E. Klein, Esq.
> Larry F. Gainen, Esq.
> Tel:  (212) 907-9600
> Fax:  (212) 907-9681
> E-Mail:   lgainen@ingramllp.com
>                 mklein@ingramllp.com

Dated:  New York, New York
             January 14, 2008

> **INGRAM YUZEK GAINEN
> CARROLL & BERTOLOTTI, LLP**
>
> By: _____
>       Mark E. Klein (MK-5145)
>       Larry F. Gainen (LF-9351)
> 250 Park Avenue
> New York, New York  10177
> Tel:  (212) 907-9600
> Fax:  (212) 907-9681
>
> Attorneys for Third-Party Defendant
>    Cauldwell-Wingate Company, LLC