Patricia Hewitt (PH-7769)
Larry F. Gainen (LF-9351)
**INGRAM YUZEK GAINEN
 CARROL & BERTOLOTTI, LLP**
250 Park Avenue
New York, New York 10177
(212) 907-9600

Attorneys for Third-Party Defendant Cauldwell-Wingate Company, LLC

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

        Plaintiff,

   -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

        Defendant.

------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

       Third-Party Plaintiffs,

   -against-

CAULDWELL-WINGATE COMPANY, LLC,

       Third-Party Defendant.

------------------------------------------------------------x

07-CV-10639-LAK

**REVISED NOTICE
OF APPEARANCE AND
REQUEST FOR SERVICE
OF PAPERS**

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for third-party defendant Cauldwell-Wingate Company, LLC in the above-captioned action requests that all

notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> **INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**
> 250 Park Avenue
> New York, NY 10177
> Patricia Hewitt, Esq.
> Larry F. Gainen, Esq.
> Tel: (212) 907-9600
> Fax: (212) 907-9681
> E-Mail:  phewitt@ingramllp.com
>           lgainen@ingramllp.com

Dated: New York, New York
      February 8, 2008

                                **INGRAM YUZEK GAINEN
                                CARROLL & BERTOLOTTI, LLP**

                                By: *Patricia Hewitt* (signature)
                                  Patricia Hewitt (PH-7769)
                                  Larry F. Gainen (LF-9351)
                                250 Park Avenue
                                New York, New York 10177
                                Tel: (212) 907-9600
                                Fax: (212) 907-9681

                                Attorneys for Third-Party Defendant
                                  Cauldwell-Wingate Company, LLC