INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

250 PARK AVENUE
NEW YORK, NEW YORK 10177
Telephone (212) 907-9600
Facsimile (212) 907-9681

Mark E. Klein

Writer's Direct Dial: (212) 907-9657
E-Mail: mklein@ingramllp.com

February 8, 2008

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

Re: **Electronic Filing Notification**
**William Gross Constr. Assocs., Inc. v. Am. Mfrs. Mut. Ins. Co., et al.**
**Case No. 1:07-cv-10639**

Dear Judge Kaplan:

I am writing to request that I be removed as attorney for third-party defendant Cauldwell-Wingate Co., LLC in this case. My partner, Patricia Hewitt, is filing electronically a revised Notice of Appearance and, in addition to Larry F. Gainen, who was listed in the Notice of Appearance filed previously, should now receive electronic notifications in this matter.

I thank the Court for its attention to this matter.

Respectfully yours,

Mark E. Klein

MK/dm

cc: Carol A. Sigmond, Esq.
Vincent J. Zichello, Esq.

268020_2/00926-053