**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                              Plaintiff,
       -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,




                              Defendant.
-----------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                        Third-Party Plaintiff,

       -against-

CAULDWELL-WINGATE COMPANY, LLC,

                      Third-Party Defendant.

-----------------------------------------------------------------x

Index No.: 07-CV-10639-LAK

**THIRD-PARTY DEFENDANT**
**CAULDWELL WINGATE**
**COMPANY, LLC'S RULE**
**<u>7.1 DISCLOSURE STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third-Party Defendant Cauldwell Wingate Company, LLC, certifies that it is wholly owned by the Gregory F. Stahl Trust, and that no publicly held corporation owns 10% or more of its stock.

269448_1

                              1

Dated: New York, New York
February 19, 2008

                                      INGRAM YUZEK GAINEN
                                      CARROLL & BERTOLOTTI, LLP

                                 By: *Patricia Hewitt* (signature)
                                      Larry F. Gainen (LG-9351)
                                      Patricia Hewitt (PH-7769)
                                      Attorneys for Third-Party Defendant
                                      Cauldwell Wingate Company, LLC
                                      250 Park Avenue
                                      New York, New York 10177
                                      (212) 907-9600

TO:    ZICHELLO & McINTYRE, LLP
          Attorneys for Defendant and Third-Party Plaintiff
          American Manufacturers Mutual Insurance Company
          420 Lexington Avenue, Suite 2800
          New York, NY 10170
          Attn: Vincent J. Zichello

          DUNNINGTON, BARTHOLOW & MILLER LLP
          Attorneys for Plaintiff
          William A. Gross Construction Associates, Inc.
          477 Madison Avenue, 12th Floor
          New York, NY 10022
          Attn: Carol A. Sigmond