UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,
                 Plaintiff,

Case No. 07 CV 10639 (LAK)
**AFFIDAVIT OF SERVICE**

    -against-

AMERICAN MANUFACTURES MUTUAL
INSURANCE COMPANY,
                 Defendant.
------------------------------------X
AND THIRD AND FOURTH PARTY ACTIONS
------------------------------------X
STATE OF NEW YORK )
               s.s.:
COUNTY OF ALBANY  )

    Terri Tarullo, being duly sworn deposes and says that ~~he~~/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 17th day of March, 2008, at approximately 1:00 ~~a.m.~~/p.m., deponent served a true copy of the Summons in a Civil Case, Fourth-Party Complaint with Exhibits, Individual Practice Rules of Judge Kaplan, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and Third-Party Defendant Cauldwell Wingate Company, LLC's Rule 7.1 Disclosure Statement upon The Dormitory Authority of the State of New York at 515 Broadway, Albany, New York by personally delivering and leaving the same with Susan Stevens, who informed deponent that ~~he~~/she holds the position of office assistant, is authorized to accept service at that address.

    Susan Stevens is a white female approximately 36 years of age, stands approximately 5 feet, 3 inches tall, weighs approximately 160 pounds with blonde hair and blue eyes.

Sworn to before me this
17th day of March, 2008.

_____
PROCESS SERVER
Terri Tarullo

_____
RUTH A. DENNEHEY
Notary Public, State of New York
Albany County No. 4729775
Commission expires November 30, 2010