UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                Plaintiff,

      -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

          Third-Party Plaintiff,

      -against-

CAULDWELL-WINGATE COMPANY, LLC,

         Third-Party Defendant.

-----------------------------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC,

         Fourth-Party Plaintiff,

      -against-

DORMITORY AUTHORITY – STATE OF
NEW YORK,

         Fourth-Party Defendant.
-----------------------------------------------------------------x

07-CV-10639-LAK

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

        BERNICE SARRIA, being duly sworn, deposes and says: that deponent is in the employ of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, attorneys for Third-Party

Document2

Defendant/Fourth Party Plaintiff, Cauldwell Wingate Company, LLC, herein, is over 18 years of age, is not a party to this action, and resides in Brooklyn, New York. On the 14th day of March, 2008, deponent served by overnight mail the within Fourth-Party Complaint on the following address designated by them for that purpose:

Carol A. Sigmond, Esq.      ((Tracking # 7904 6967 3676)
Dunnington, Bartholow & Miller LLP
Attorneys for Plaintiff
477 Madison Avenue
New York, NY 10022-5802

Vincent J. Zichello, Esq.     (Tracking # 7918 6678 7375)
Zichello & McIntyre, LLP
Attorneys for American Manufacturers
Mutual Insurance Company
420 Lexington Avenue
New York, NY 10170

by depositing a true and correct copy of the same properly enclosed in a properly addressed wrapper into the custody of the overnight delivery service (Federal Express) for overnight delivery, prior to the latest time designated by the overnight delivery service for overnight delivery.

_____
BERNICE SARRIA

Sworn to before me this
14th day of March, 2008.

_____
Notary Public

CATHY L. HALL
Notary Public, State Of New York
No. 01HA4844430
Qualified In Kings County
Commission Expires January, 3/20 10

Document2