STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

   Eric J. Rivera, being duly sworn, deposes and says: that deponent is in the employ of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, attorneys for Third-Party Defendant/Fourth-Party Plaintiff, Cauldwell Wingate Company, LLC, is over 18 years of age, is not a party to this action, and resides in Woodside, New York. On the 8th day of April, 2008, deponent served by first class mail the within Initial Disclosure Pursuant To FRCP 26(a)(1) on the following addresses designated by them for that purpose:

Edwin Levy, Esq.
Senior Counsel-Commercial and
Real Estate Litigation
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007-2601

by depositing a true and correct copy of the same properly enclosed in a postpaid wrapper, in an official depository maintained and exclusively controlled by the United States Government.

                      _____
                      Eric J. Rivera

Sworn to before me this
8th day of April, 2008.

_____
Notary Public

JOSEPHINE CABAN-ODIOT
Notary Public, State of New York
No. 01CA4705166
Qualified in Westchester County
Commission Expires Dec. 31, 2009

274941_1/00926-0053