STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

   Eric J. Rivera, being duly sworn, deposes and says: that deponent is in the employ of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, attorneys for Third-Party Defendant/Fourth-Party Plaintiff, Cauldwell Wingate Company, LLC, is over 18 years of age, is not a party to this action, and resides in Woodside, New York. On the 3rd day of April, 2008, deponent served by first class mail the within Initial Disclosure Pursuant To FRCP 26(a)(1) on the following addresses designated by them for that purpose:

Carol A. Sigmond, Esq.
Dunnington, Bartholow & Miller LLP
Attorneys for Plaintiff
477 Madison Avenue
New York, NY 10022-5802

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
Attorneys for American Manufacturers
 Mutual Insurance Company
420 Lexington Avenue
New York, NY 10170

by depositing a true and correct copy of the same properly enclosed in a postpaid wrapper, in an official depository maintained and exclusively controlled by the United States Government.

                 Eric J. Rivera

Sworn to before me this
3rd day of April, 2008.

_____
Notary Public
CATHY L. HALL
Notary Public, State Of New York
No. 01HA4844430
Qualified In Kings County
Commission Expires January, 3/2-0/0

274331_1/00926-0053