UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

          Plaintiff,

          -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

          Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

07 Civ. 10639 (LAK) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a status conference is scheduled for April 17, 2008 at 3:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
          April 9, 2008

                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies **by fax & ECF** to:    Carol A. Sigmond, Esq.
                                 Vincent J. Zichello, Esq.
                                 Larry F. Gainen, Esq.
                                 Patricia Hewitt, Esq.
                                 Edwin Levy, Esq.
                                 Judge Lewis A. Kaplan