UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/10/08

------------------------------- x

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

        Plaintiff,

     -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

        Defendant.

------------------------------- x

07 Civ. 10639 (LAK) (AJP)

ORDER RESCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

The status conference originally scheduled for April 17, 2008 is rescheduled at the parties' request to **April 24, 2008 at 10:00 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

    SO ORDERED.

DATED:    New York, New York
             April 10, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Carol A. Sigmond, Esq.
                                  Vincent J. Zichello, Esq.
                                  Larry F. Gainen, Esq.
                                  Patricia Hewitt, Esq.
                                  Edwin Levy, Esq.
                                  Judge Lewis A. Kaplan

C:\ORD\