# INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

250 PARK AVENUE
NEW YORK, NEW YORK 10177

Telephone (212) 907-9600
Facsimile (212) 907-9681

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/27/08

E-Mail: phewitt@ingramllp.com

May 21, 2008

(212) 907-9608

**VIA FACSIMILE**

Honorable Andrew J. Peck, U.S.M.J.
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007



MEMO ENDORSED

Re: **William A. Gross Construction Associates, Inc. v. American Manufacturers Mutual Insurance Co. and other actions**
**07-CV-10639 (LAK) (AJP)**

Dear Judge Peck:

Having spoken to Ms. Gould this morning, and on consent of all parties, I am writing to ask the Court to reconsider its modification of the proposed briefing schedule for Fourth Party Defendant ("DASNY")'s motion to dismiss, which schedule was set forth in the attached letters from counsel for DASNY, and to restore the original schedule submitted by counsel.

Briefly, DASNY sought and received from Judge Kaplan an additional 45 days, to May 19, 2008, to respond to my client, Cauldwell Wingate's, fourth-party complaint. In granting this request, Judge Kaplan made it clear that discovery would nevertheless proceed.

When DASNY sought yet additional time, to June 6, 2008, I did not object, since counsel were able to work out a mutually agreeable briefing schedule for DASNY's anticipated motion that also took into account my unusually heavy work schedule in late June. Had we not been able to do that, I might otherwise have objected to DASNY'S request. This motion is of great significance to Cauldwell Wingate, since DASNY will be seeking the dismissal of most if not all of its approximately $25 million claim, and the agreed-upon schedule allowed me to give our defense of that motion the full attention it warrants.

All counsel are in agreement that this motion briefing schedule should in no way prejudice or interfere with discovery, as both the Court and Judge Kaplan have directed. We

281169_1/00926-0053

05/21/2008 14:45 FAX 2129079681   Ingram Yuzek et al
Case 1:07-cv-10639-LAK-AJP   Document 30   Filed 05/27/2008   Page 2 of 3
☒003/010

May 21, 2008
Page 2

have conferred pursuant to Rule 26(f), and are moving forward with discovery according to the schedule ordered by Judge Kaplan.

Accordingly, we respectfully request that the Court approve the original schedule agreed upon by counsel which was:

(a) DASNY's motion to be served by June 6th;

(b) opposition papers to be served by July 14th; and

(c) reply papers to be served by August 11th.

Respectfully,

Patricia Hewitt

Enclosures

cc: Edwin M. Levy, Esq.
Carol A. Sigmond, Esq.
Vincent J. Zichello, Esq.

**MEMO ENDORSED**

[Handwritten endorsement, partially illegible:] The Court reluctantly approves [the] proposed schedule. The parties [are] warned that [they] should not expect to be heard from [again in the fall] ... 

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

281169_1/00926-0053

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** May 27, 2008                                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Carol A. Sigmond, Esq. | 212-661-7769 |
| Patricia Hewitt, Esq. | 212-907-9681 |
| Vincent J. Zichello, Esq. | 212-972-5569 |
| Edwin Levy, Esq. | 212-788-8872 |

# TRANSCRIPTION:

### MEMO ENDORSED 5/27/08

The Court reluctantly approves the above briefing schedule. The parties obviously understand that this means the motion is not likely to be decided before the Fall, and quite possibly not before the 11/1 discovery cutoff date.

Copy to:   Judge Lewis A. Kaplan