


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/2/08

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

EDWIN M. LEVY
*Senior Counsel, Commercial and
Real Estate Litigation Division*
Room 3-241
Phone: (212) 788-1185
Fax: (212) 788-8872
elevy@law.nyc.gov

RECEIVED
JUN 0 2 2008
CHAMBERS OF
ANDREW J. PECK

June 2, 2008

**BY FAX TO (212) 805-7933**

Honorable Andrew J. Peck
United States Magistrate Judge
United Sates District Court
500 Pearl Street
New York, NY 10007



MEMO ENDORSED p2

Re:  *William A. Gross Construction Associates, Inc. v. American Manufacturers Mutual Insurance Company,* and other actions, 07-CV-10639 (LAK)

Dear Magistrate Judge Peck:

I represent Fourth-Party Defendant Dormitory Authority of the State of New York ("DASNY") in the above-referenced matter. I respectfully request that DASNY's time to move to dismiss the Fourth-Party Complaint be extended one (1) additional week. I am informed by Patricia Hewitt, Esq., counsel for Fourth-Party Plaintiff Cauldwell-Wingate Company ("Cauldwell-Wingate"), that her client takes no position with respect to the application for an extension of time with the proviso that its time to serve opposition papers not be shortened.

I make this application because I became ill only 3 days after the Court "So Ordered" the present briefing schedule and was able to return to work only today. Thus, I have missed over a week of work and need the additional week to prepare the motion.

In a Memo Endorsed Order, dated May 27, 2008, a copy of which is attached for the Court's reference, the Court ordered that DASNY's motion be served by June 6th, opposition papers to be served by July 14th and reply papers to be served by August 11th. Should the Court

www.nyc.gov

THE CITY OF NEW YORK LAW DEPARTMENT

Honorable Andrew J. Peck
June 2, 2008
Page 2

grant this application, the briefing schedule dates would be modified to June 13th, July 21st and August 18th, respectively.

OK

It has already been directed that this motion and briefing schedule will not stay discovery herein. Accordingly, this short extension of time will not prejudice any party hereto.

Respectfully submitted,

Edwin M. Levy (EL7792)
Assistant Corporation Counsel

Enc.

cc: **(Via Fax)**
Dunnington, Bartholow & Miller, L.L.P
Attorneys for Plaintiff William A. Gross
Construction Associates, Inc.
477 Madison Avenue, 12th Floor
New York, NY 10017

Attn: Carol A. Sigmond, Esq.

Zichello & McIntyre, L.L.P.
Attorneys for Defendant and Third-Party
Plaintiff American manufacturers Mutual
Insurance Company
420 Lexington Avenue, Suite 2800
New York, NY 10170

Attn: Vincent J. Zichello, Esq.

Ingram, Yuzek, Gainen, Carroll & Bertolotti, L.L.P.
Attorneys for Third-Party Plaintiff and Fourth-Party
Plaintiff Cauldwell-Wingate Company
250 Park Avenue
New York, NY 10177

Attn: Patricia Hewitt, Esq.

**MEMO ENDORSED**

[handwritten notes, partially illegible, referencing 28 USC §636(b)]

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

```
** Transmit Confirmation Report **
P.1                                              Jun  2 2008 06:01pm
HON ANDREW J PECK SDNY Fax:212-805-7933
```

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912126617769 | Normal | 02,05:56pm | 0'55" | 6 | # O K | BrdCast |
| 912129725569 | Normal | 02,05:58pm | 0'48" | 6 | # O K | BrdCast |
| 912129079681 | Normal | 02,05:59pm | 1'03" | 6 | # O K | BrdCast |
| 912127888872 | Normal | 02,06:00pm | 1'08" | 6 | # O K | BrdCast |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** June 2, 2008                         **Total Number of Pages:** 6

| TO | FAX NUMBER |
|---|---|
| Carol A. Sigmond, Esq. | 212-661-7769 |
| Vincent J. Zichello, Esq. | 212-972-5569 |
| Patricia Hewitt, Esq. | 212-907-9681 |
| Edwin Levy, Esq. | 212-788-8872 |

**MEMO ENDORSED 6/2/08**

Schedule approved. Please not that the motion is returnable before Judge Kaplan (unless all parties agree to have me decide it pursuant to 28 U.S.C. § 636(c)).

Copy to:    Judge Lewis A. Kaplan