UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

             Plaintiff,

   -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

             Defendant.

------------------------------------------------------------------x

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

           Third-Party Plaintiff,

   -against-

CAULDWELL-WINGATE COMPANY, LLC,

          Third-Party Defendant.

------------------------------------------------------------------x

CAULDWELL-WINGATE COMPANY, LLC,

          Fourth-Party Plaintiff,

   -against-

DORMITORY AUTHORITY – STATE OF NEW
YORK,

          Fourth-Party Defendant.

------------------------------------------------------------------x

**NOTICE OF MOTION**

07 CV 10639 (LAK) (AJP)

    **PLEASE TAKE NOTICE,** that upon the annexed declaration of Edwin M. Levy and the accompanying memorandum of law, the defendant Dormitory of the State of New York

("DASNY") will move this Court, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007 before the Honorable J. Kaplan at a date and time to be determined by the Court, for an Order dismissing the fourth-party complaint pursuant to 28 U.S.C. § 1367(c) for the reason that the state law claims raised in the fourth-party complaint substantially predominate over the amended complaint, or in the alternative, pursuant to Fed. R. Civ. P. 14(a)(4), for severance of the fourth-party complaint from the main and third-party actions in the interests of justice and for a stay.

Dated:   New York, New York
         June 13, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the
                                                 City of New York
                                              Attorney for the Dormitory Authority
                                                 of the State of New York
                                              100 Church Street, Room 3-241
                                              New York, New York 10007
                                              (212) 788-1185

                                              By: _____
                                                   EDWIN M. LEVY (EL7792)
                                                   Senior Counsel

TO:   Carol A. Sigmond, Esq.
      Dunnington, Bartholow & Miller, L.L.P
      Attorneys for William A. Gross Construction Associates
      477 Madison Avenue, 12th Floor
      New York, NY 10017

      Vincent J. Zichello, Esq.
      Zichello & McIntyre, L.L.P.
      Attorneys for American Manufacturers Mutual Insurance Company
      420 Lexington Avenue, Suite 2800
      New York, NY 10170

Patricia Hewitt, Esq.
Ingram, Yuzek, Gainen, Carroll & Bertolotti, L.L.P.
Attorneys for Cauldwell Wingate Company
250 Park Avenue
New York, NY 10177