UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/23/08

------------------------------------ x

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

        Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

        Defendant.

------------------------------------ x

07 Civ. 10639 (LAK) (AJP)

ORDER SCHEDULING
DISCOVERY CONERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Tuesday, June 24, 2008 at 3:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:    New York, New York
           June 23, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Carol A. Sigmond, Esq.
                                   Patricia Hewitt, Esq.
                                   Vincent J. Zichello, Esq.
                                   Edwin Levy, Esq.
                                   Judge Lewis A. Kaplan

C:\ORD\Order Scheduling Status Conference