UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. — Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY — Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **PYRAMID FIRE PROTECTION, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

[X] By delivering and leaving with} **CAROL VOGT** the agent for service on the person in this proceeding designated under Rule 306 BCL. Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE  Race/Skin Color: WHITE  Hair Color: BROWN
Approximate Age: 54 years  Approximate Height: 5'4"  Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811042**

FIRM FILE #NYC084577

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. — Plaintiff(s)-Petitioner(s)

-VS-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY — Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **BEAUBOIS CANADA, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

☒ By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE — Race/Skin Color: WHITE — Hair Color: BROWN
Approximate Age: 54 years — Approximate Height: 5'4" — Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811040**

FIRM FILE #NYC084578

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-VS-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **RAFAEL VINOLY ARCHITECTS, P.C.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

By delivering and leaving with} **CAROL VOGT**
[X] the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE
Race/Skin Color: WHITE
Hair Color: BROWN
Approximate Age: 54 years
Approximate Height: 5'4"
Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811037**

**FIRM FILE #NYC084579**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. — Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY — Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **BOVIS LEND LEASE LMB, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

By delivering and leaving with} **CAROL VOGT**
[X] the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail__certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BROWN
Approximate Age: 54 years Approximate Height: 5'4" Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811038**

FIRM FILE #NYC084580

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **TRACTEL, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

By delivering and leaving with} **CAROL VOGT**
[X] the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BROWN
Approximate Age: 54 years Approximate Height: 5'4" Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811043**

**FIRM FILE #NYC084581**

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **ENCLOS CORPORATION**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

☒ By delivering and leaving with} **CAROL VOGT** the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE
Race/Skin Color: WHITE
Hair Color: BROWN
Approximate Age: 54 years
Approximate Height: 5'4"
Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811044**

**FIRM FILE #NYC084582**

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639and date of filing:
upon **DIERKS HEATING COMPANY, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

☒ By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE
Race/Skin Color: WHITE
Hair Color: BROWN
Approximate Age: 54 years
Approximate Height: 5'4"
Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811045**

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **SMI-OWEN STEEL COMPANY, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

[X] By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE
Race/Skin Color: WHITE
Hair Color: BROWN
Approximate Age: 54 years
Approximate Height: 5'4"
Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811047**

FIRM FILE #NYC084584

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **ASPRO MECHANICAL CONTRACTING, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

By delivering and leaving with} **CAROL VOGT**
[X] the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BROWN
Approximate Age: 54 years Approximate Height: 5'4" Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01RO6065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811046**

FIRM FILE #NYC084585

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. — Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY — Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **MATERIALS TESTING LAB, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

**PERSONAL**

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**SUITABLE AGE PERSON**

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**AUTHORIZED AGENT**

☒ By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

**AFFIXING TO DOOR, ETC.**

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**MAILING**

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE
Race/Skin Color: WHITE
Hair Color: BROWN
Approximate Age: 54 years
Approximate Height: 5'4"
Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811051**

FIRM FILE #NYC084586

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. — Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY — Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

By delivering and leaving with} **CAROL VOGT**
[X] the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE
Race/Skin Color: WHITE
Hair Color: BROWN
Approximate Age: 54 years
Approximate Height: 5'4"
Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811052**

FIRM FILE #NYC084587

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. Plaintiff(s)-Petitioner(s)

-VS-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **HUGH O'KANE ELECTRIC CO., L.L.C.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

☒ By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 303 LLC . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BROWN
Approximate Age: 54 years Approximate Height: 5'4" Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811053**

FIRM FILE #NYC084588

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:
FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-VS-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **FIVE STAR ELECTRIC CORPORATION**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

☒ By delivering and leaving with} **CAROL VOGT** the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail__certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BROWN
Approximate Age: 54 years Approximate Height: 5'4" Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811050**

FIRM FILE #NYC084589

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639and date of filing:
upon **HERITAGE AIR SYSTEMS, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

By delivering and leaving with} **CAROL VOGT**
[X] the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE
Race/Skin Color: WHITE
Hair Color: BROWN
Approximate Age: 54 years
Approximate Height: 5'4"
Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811048**

**FIRM FILE #**NYC084590

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC. — Plaintiff(s)-Petitioner(s)

-VS-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY — Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **FUTURE TECH CONSULTANTS OF NEW YORK, INC.**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

By delivering and leaving with} **CAROL VOGT**
☒ the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:

Sex: FEMALE | Race/Skin Color: WHITE | Hair Color: BROWN
Approximate Age: 54 years | Approximate Height: 5'4" | Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Attorney Info:
Michael A. Cardozo
350 Jay Street - Eighth Floor
Brooklyn, New York 11201

Mark E. McClosky
Deponent

affidavit number: **200811049**

FIRM FILE #NYC084591

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON:

FILE NO.: 08-6087
CASE NO.: 07-CV-10639 (LAK)

WILLIAM A. GROSS CONSTRUCTION ASSOCIATIONS, INC.

Plaintiff(s)-Petitioner(s)

-vs-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On JULY 14, 2008 at 2:25 P.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, FIFTH-PARTY COMPLAINT, NOTICE OF CONFERENCE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS
bearing index number: 07-CV-10639 and date of filing:
upon **STONEWALL CONTRACTING CORPORATION**
at address: **THE SECRETARY OF STATE, 99 WASHINGTON AVENUE**
City & State: **ALBANY, NEW YORK 12210**

## MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

***AUTHORIZED AGENT***

[X] By delivering and leaving with} **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 306 BCL . Service having been made to such person at the place, date and time above.

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail __registered mail__return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BROWN
Approximate Age: 54 years Approximate Height: 5'4" Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2008

Karen E. Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires 10/09/2009

Kathryn A. Rock-McClosky
Commissioner of Deeds
Qualified in Schednectady County
Commission Expires 08/27/2004

Mark E. McClosky
Deponent

Attorney Info:
Michael A. Cardozo
350 Jay Street Eighth Floor
Brooklyn, New York 11201

affidavit number: **200811041**

FIRM FILE #NYC084572

**NEW YORK STATE INSURANCE DEPARTMENT**

No 14223

DATE 7-11 2008 CK# 1067094

RECEIVED OF Edwin M. Lavy

Forty DOLLARS

William H. Gross Construction Associates V. CNA Surety Corporation

$ 40.00 Rec'd: Edward Thompson Legal Asst

BY: CHARLENE NORRIS

---

**STATE OF NEW YORK** ) ss.:
**COUNTY OF NEW YORK** )

CASE: William H. Gross Const. V. American Manufacturers

Jonathan Rivera

*being duly sworn, says that on the* 11th *day of* July 2008 *at Number* 25 Beaver St. *in the Borough of* Manhattan *New York City, he served* 1 *copy(ies) of the annexed* Summons & Third-Party Complaint *upon* NYC Office of the NYS Insurance Dept. *Esq., the attorney for the* ______ *in the within entitled action, by delivering a copy of the same to a person in charge of said Attorney's office, and leaving the same with him.*

*Sworn to before me, this* 11th
*Day of* July 2008

[signature] Jonathan Rivera

[signature]
JOHN P. SINNOTT
Notary Public, State of New York
No. 01SI5078019
Qualified in Queens County
Commission Expires May 19, 2011

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

CASE: William H. Gross Const. / American Manufacturers

Jonathan Rivera

being duly sworn, says that on the 11th day of July 2008 at Number 25 Beaver St. in the Borough of Manhattan New York City, he served 2 copy(ies) of the annexed Summons & Fifth Party Complaint upon NYC Office of the NYS Insurance Dept. Esq., the attorney for the in the within entitled action, by delivering a copy of the same to a person in charge of said Attorney's office, and leaving the same with him.

Sworn to before me, this 11th )
Day of July 2008 )

JOHN P. SINNOTT
Notary Public, State of New York
No. 01SI5078019
Qualified in Queens County
Commission Expires May 19, 2011

NEW YORK STATE INSURANCE DEPARTMENT

№ 14222

DATE 7-11 2008 CK# 1067093

RECEIVED OF Edwin M. Levy

Forty DOLLARS

William A. Gross Construction Associates
CNA Surety Corporation

$ 40.00 Recd Edward Thompson Legal Asst

BY: CHARLENE NORRIS