UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                            Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Defendant.
-----------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Third-Party Plaintiff,

-against-

CAULDWELL WINGATE COMPANY, LLC,

                            Third-Party Plaintiff.
-----------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                            Fourth-Party Plaintiff,

-against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                            Fourth-Party Defendant.
-----------------------------------------------------------------X

Case No.:
07-CV-10639(LAK)(AP)

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE BY ELECTRONIC CASE FILING**

Caption continued on the next page

---------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                              Fifth-Party Plaintiff,

    -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC. ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK., INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC. RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                              Fifth-Party Defendants.
---------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE, Tunstead & Schechter, hereby appears as attorney of record for Fifth-Party Defendant Aspro Mechanical Contractors, Inc.  Copies of all papers and communications in this matter should be directed to this firm to the following e-mail addresses: ms@tslawyers.com and fr@tslawyers.com

Dated:    Jericho, New York
           July 25, 2008      Yours, etc.

                                          _____
                                          Frank P. Ribaudo, Esq. (FR6019)
                                          Tunstead & Schechter
                                          500 North Broadway, Suite 101
                                          Jericho, New York 11753
                                          (516) 822-4400