UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                              Plaintiff,

  -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                              Defendant.
------------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                          Third-Party Plaintiff,

  -against-

CAULDWELL WINGATE COMPANY, LLC,

                         Third-Party Defendant.
------------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                        Fourth-Party Plaintiff,

  -against-

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                        Fourth-Party Defendant,
------------------------------------------------------------------X
Caption continued on next page

07-CV-10639 (LAK)(AJP)

**RULE 7.1 STATEMENT**

```
------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                            Fifth-Party Plaintiff,

    -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB, INC.,
CAN SURETY CORPORATION D/B/A AMERICAN
CASUALTY COMPANY, INC., ENCLOS
CORPORATION, FIVE STAR ELECTRIC
CORPORATION, FUTURE TECH CONSULTANTS
OF NEW YORK, INC., HERITAGE AIR SYSTEMS
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOY
ARCHITECTS P.C., SMI-OWEN STEEL
COMPANY, INC., STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

                            Fifth-Party Defendants.
------------------------------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Future Tech Consultants of New York, Inc. ( a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 23, 2008                                  _____
                                                     Signature of Attorney
                                                     Marc S. Krieg, Esq.
                                                     Attorney for Defendant FUTURE TECH
                                                     CONSULTANTS OF NEW YORK, INC.

                                                     Attorney Bar Code: MSK(3745)

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF SUFFOLK )

    Joan Treubig, being duly sworn, deposes and says that I am not a party to this action; that I am over eighteen (18) years of age; that I reside at 20 Saratoga Street, Commack, New York; that on the 28 day of July 2008, I served the within Rule 7.1 Statement upon:

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street
New York, NY  10007

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY  12231

AMERICAN CASUALTY COMPANY OF READING, PA
c/o CNA Surety Corporation
CNA Plaza
333 South Wabash
13-South
Chicago, IL  60685-1303
Attn: Raymond M. Lemming, P.E.

ASPRO MECHANICAL CONTRACTING, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY  12231

BEAUBOIS CANADA, INC..
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY  12231

BOVIS LEND LEASE LMB, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY  12231

DIERKS HEATING COMPANY, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

ENCLOS CORPORATION
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

FIVE STAR ELECTRIC CORPORATION
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

HERITAGE AIR SYSTEMS, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

HUGH O'KANE ELECTRIC CO., LLC
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

MATERIALS TESTING LAB, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

PYRAMID FIRE PROTECTION, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

RAFAEL VINOLY ARCHITECTS, P.C.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

SMI-OWEN STEEL COMPANY, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

STONEWALL CONTRACTING CORPORATION
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

TRACTEL, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

the address designated by the said attorneys for that purpose by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Joan Treubig

Sworn to before me this
  28   day of July, 2008

_____

MARC KRIEG
Notary Public, State of New York
No. 7367100, Suffolk County
Term Expires March 30, 10
12/31/10