UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                      Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                      Defendant.
------------------------------------------------------------X
{and third-party, fourth-party and fifth-party actions}

Case No. 07 CV 10639(LAK)(AJP)
ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO FIFTH-PARTY COMPLAINT**

**IT IS STIPULATED AND AGREED** by and between the undersigned, attorneys respectively for fifth-party plaintiff DORMITORY AUTHORITY OF THE STATE OF NEW YORK and fifth-party defendant RAFAEL VINOLY ARCHITECTS, P.C., that the time for fifth-party defendant RAFAEL VINOLY ARCHITECTS, P.C. to respond to the fifth-party complaint is extended up to and including September 4, 2008.

**MICHAEL A. CARDOZO**
Corporation Counsel of the City Of New York

By: _____
    Edwin M. Levy (EL-7792)
    Assistant Corporation Counsel
Attorney for the Fifth-Party Plaintiff
Dormitory Authority
of the State of New York
100 Church Street, Room 3-241
New York, New York 10007
(212) 788-1185

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By: _____
    Mark Seiden (MS-0602)
    Leonardo D'Alessandro (LD-0648)
Attorneys for Fifth-Party Defendant
Rafael Vinoly Architects, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700

**SO ORDERED:**

_____