USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES,
INC.,

                                                  Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                                                  Defendant.
-------------------------------------------------------------------- x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                                                  Third-Party Plaintiff,

-against-

CAULDWELL WINGATE COMPANY, LLC,

                                                  Third-Party Defendant.
-------------------------------------------------------------------- x
CAULDWELL WINGATE COMPANY, LLC,

                                                  Fourth-Party Plaintiff,

-against-

DORMITORY AUTHORITY OF THE STATE OF NEW
YORK,

                                                  Fourth-Party Defendant.
-------------------------------------------------------------------- x

07-CV-10639 (LAK)(AJP)

STIPULATION EXTENDING
FIFTH-PARTY DEFENDANT
FIVE STAR ELECTRIC'S
TIME TO RESPOND TO THE
FIFTH-PARTY COMPLAINT

Caption continued on the next page

---------------------------------------------------------------- x
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                                            Fifth-Party Plaintiff,

            -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                                            Fifth-Party Defendants.
---------------------------------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED by and between Fifth-Party Plaintiff Dormitory Authority of the State of New York and Fifth-Party Defendant Five Star Electric Corp., through their undersigned counsel, that Fifth-Party Defendant Five Star Electric Corp.'s time to answer, move or otherwise respond to the Fifth-Party Complaint is extended to and including September 4, 2008.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and by electronic or facsimile transmission, that such signatures shall be deemed original signatures, and that same may be filed with the Court.

Dated: July 30, 2008

2

MICHAEL A. CARDOZO,
CORPORATION COUNSEL OF THE
CITY OF NEW YORK

By: *Edwin M. Levy (802)*
    Edwin M. Levy (EL 7792)
100 Church Street
New York, New York 10007
(2120 788-1185
Attorney Fifth-Party Plaintiff

LEVIN & GLASSER, P.C.

By: *[signature]*
    Steven I. Levin (SL 0217)
420 Lexington Avenue, Suite 805
New York, New York 10170
(212- 867-3636
Attorneys for Fifth-Party Defendant
Five Star Electric Corp.

SO ORDERED 7/31/08

*[signature]*

U.S.M.J.
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy ECF: All counsel
    *Judge Kaplan*

3