Steven I. Levin (SL-0217)
LEVIN & GLASSER, P.C.
420 Lexington Avenue, Suite 805
New York, New York 10170
(212) 867-3636

Attorneys for Fifth-Party Defendant Five Star Electric Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,                                            :     07-CV-10639-LAK
                                                             :
                Plaintiff,                               :
                                                             :
   -against-                                                :
                                                             :
AMERICAN MANUFACTURERS MUTUAL                                :
INSURANCE COMPANY,                                           :
                                                             :
                Defendant.                               :     **NOTICE OF APPEARANCE AND**
------------------------------------------------------------x     **REQUEST FOR SERVICE OF PAPERS**
AMERICAN MANUFACTURERS MUTUAL                                :
INSURANCE COMPANY,                                           :
                                                             :
                Third-Party Plaintiff,                   :
                                                             :
   -against-                                                :
                                                             :
CAULDWELL-WINGATE COMPANY, LLC,                              :
                                                             :
                Third-Party Defendant.                   :
------------------------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC,                              :
                                                             :
                Fourth-Party Plaintiff,                  :
                                                             :
   -against-                                                :
                                                             :
DORMITORY AUTHORITY OF THE STATE                             :
OF NEW YORK,                                                 :
                                                             :
                Fourth-Party Defendant.                  :
------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for fifth-party defendant Five Star Electric Corp. in the above-captioned action, requests all notices given or required to be given, and all papers served or required to be served, be given and served upon:

>Levin & Glasser, P.C.
>420 Lexington Avenue, Suite 805
>New York, New York 10170
>Steven I. Levin, Esq.
>Tel: (212) 867-3636
>Fax: (212) 661-2446
>E-mail: slevin@levinglasserpc.com

Dated: New York, NY
       July 31, 2008

>LEVIN & GLASSER, P.C.
>
>By: _____
>Steven I. Levin, Esq.
>420 Lexington Avenue, Suite 805
>New York, New York 10170
>Tel: (212) 867-3636
>Fax: (212) 661-2446
>
>Attorneys for Fifth-Party Defendant
>Five Star Electric Corp.