UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                            *Plaintiff,*                      07-CV-10639 (LAK)(AJP)

   - *against* -

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,                               **FRCP RULE 7.1**
                                                                **STATEMENT**

                            *Defendant.*
------------------------------------------------------------------X
AMERICAN MANUFACTERS MUTUAL
INSURANCE COMPANY,

                            *Third-Party Plaintiff,*

   - *against* -

CAULDWELL WINGATE COMPANY, LLC,

                            *Third-Party Defendant.*
------------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                            *Fourth-Party Plaintiff,*

   - *against* -

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

                            *Fourth-Party Defendant.*
------------------------------------------------------------------X

*Captioned continued on next page*

---------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

       *Fifth-Party Plaintiff,*

 *- against -*

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CNA SURETY
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO.,
LLC, MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING CORPORATION,
TRACTEL LTD. SWINGSTAGE DIVISION,

       *Fifth-Party Defendants.*
---------------------------------------------------------------X

SIRS:

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Fifth Party Defendant herein, Bovis Lend Lease LMB, Inc., certifies that Bovis Lend Lease LMB, Inc. is not a publicly traded company and is wholly owned by M/L Bovis Holdings, Ltd., which is also not publicly traded.

  Bovis Lend Lease LMB, Inc. and M/L Bovis Holdings, Ltd. are indirect subsidiaries of Lend Lease Corporation Limited, which is listed on the stock exchanges of Australia and New Zealand and which is registered with the Securities and Exchange Commission in the United States of America.

Dated: July 31, 2008
      New York, NY

                                                              ARTHUR J. SEMETIS, P.C.

                                                              By:_____
                                                              Arthur J. Semetis, Esq. (AS-8477)
                                                              Attorneys for *Fifth Party Defendant*
                                                              Bovis Lend Lease LMB, Inc.
                                                              286 Madison Avenue - 14th Floor
                                                              New York, NY 10017
                                                             (212) 557-5055

To:

Carol A. Sigmond, Esq.
Dunnington, Bartholow & Miller, LLP
Attorneys for Willaim A. Gross Construction Associates, Inc
477 Madison Avenue, 12th Floor
New York, New York 10022

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
Attorneys for American Manufacturers Mutual Insurance Company
420 Lexington Avenue, Suite 2800
New York, New York 10170

Patricia Hewi, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
Attorneys for Cauldwell-Wingate Company, LLC
250 Park Avenue
New York, New York 10177

Edwin Michael Levy, Esq.
New York City Department
Attorneys for Dormitory Authority-State of New York
100 Church Street, Room 3-241
New York, New York 10007

Frank Peter Ribaudo, Esq.
Tunstead & Schecter
Attorneys for Hugh O'Kane Electric Co., LLC
500 North Broadway
Jericho, New York 11753

Steven I. Levin, Esq.
Levin and Glasser
Attorneys for Five Star Electric Corp.
420 Lexington Avenue
New York, New York 10170