Patricia Hewitt (PH-7769)
Larry F. Gainen (LF-9351)
Caitlin L. Bronner (CB-4280)
**INGRAM YUZEK GAINEN
 CARROL & BERTOLOTTI, LLP**
250 Park Avenue
New York, New York 10177
(212) 907-9600

Attorneys for Third-Party Defendant/Fourth-Party Plaintiff Cauldwell-Wingate Company, LLC

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION :
ASSOCIATES, INC., : 07-CV-10639 (LAK) (AJP)
:
Plaintiff, :
-against- :
:
AMERICAN MANUFACTURERS MUTUAL :
INSURANCE COMPANY, :
:
Defendant. : **REVISED NOTICE
: OF APPEARANCE AND
: REQUEST FOR SERVICE
: OF PAPERS**
---------------------------------------------------------------x
And successive impleader actions. :
---------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for third-party defendant/fourth-party plaintiff Cauldwell-Wingate Company, LLC ("Cauldwell Wingate") in the above-captioned action, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon them.

**PLEASE TAKE FURTHER NOTICE** that Mark E. Klein's name should no longer appear among counsel for Cauldwell Wingate and that Patricia Hewitt's name has heretofore been misspelled as Patricia Hewi.

288878_1/00926-0053

INGRAM YUZEK GAINEN CARROLL
 & BERTOLOTTI, LLP
250 Park Avenue
New York, NY 10177
Patricia Hewitt, Esq.
Larry F. Gainen, Esq.
Caitlin L. Bronner, Esq.
Tel: (212) 907-9600
Fax: (212) 907-9681
E-Mail:  phewitt@ingramllp.com
         lgainen@ingramllp.com
         cbronner@ingramllp.com

Dated: New York, New York
       August 1, 2008

INGRAM YUZEK GAINEN
 CARROLL & BERTOLOTTI, LLP

By: /s/ Patricia Hewitt
Patricia Hewitt (PH-7769)
Larry F. Gainen (LF-9351)
Caitlin L. Bronner (CB-4280)
250 Park Avenue
New York, New York 10177
Tel: (212) 907-9600
Fax: (212) 907-9681

Attorneys for Third-Party Defendant/
 Fourth-Party Plaintiff
 Cauldwell-Wingate Company, LLC