UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

       *Plaintiff,*

- against -

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

       *Defendant.*
------------------------------------------------------------X
AMERICAN MANUFACTERS MUTUAL INSURANCE COMPANY,

       *Third-Party Plaintiff,*

- against -

CAULDWELL WINGATE COMPANY, LLC,

       *Third-Party Defendant.*
------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC.

       *Fourth-Party Plaintiff,*

- against -

DORMITORY AUTHORITY OF THE STATE OF NEW YORK

       *Fourth-Party Defendant.*
------------------------------------------------------------X

*Captioned continued on next page*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/4/08

07-CV-10639 (LAK)(AJP)

*[signature]*

```
------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

                         Fifth-Party Plaintiff,

    - against -

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CAN SURETY
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO.,
LLC, MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING CORPORATION,
TRACTEL LTD. SWINGSTAGE DIVISION,

                         Fifth-Party Defendants.
------------------------------------------------X
```

It is stipulated by and between the undersigned attorneys for Fifth Party Plaintiff Dormitory Authority of the State of New York and Fifth Party Defendant Bovis Lend Lease LMB, Inc. ("Bovis") that the time for Bovis to answer, move to dismiss or otherwise respond to the Fifth Party Complaint is extended to September 4, 2008. This Stipulation may be signed in counterparts and facsimile copies will serve as originals.

Arthur J. Semetis, P.C.
By Michael J. McDermott, Esq.
   Of Counsel (MM-0074)
Attorneys for
Fifth Party Defendant Bovis Lend Lease LMB,
Inc.
286 Madison Avenue, 14th Floor
New York, New York 10017

Edwin Levy, Esq. (EL-7792)
Assistant Corporation Counsel
New York City Law Department
Attorneys for Fifth Party Plaintiff Dormitory
Authority of the State of New York
100 Church Street
New York, New York 10007

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

*On ECF: Any further
7/31/08*

SO ORDERED

_____
United States Magistrate Judge
Andrew J. Peck

LAW OFFICES

# ARTHUR J. SEMETIS, P.C.

286 MADISON AVENUE
4th FLOOR
NEW YORK, NY 10017

(212) 557-5055
Fox: (212) 557-5051

OF COUNSEL
- Michael J. McDermott



July 31, 2008

United States Magistrate Judge Andrew J. Peck
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>William A. Gross Construction Associates, Inc. v. American Manufacturers Mutual Insurance Company</u> (Main Party Action)
<u>Dormitory Authority of the State of New York v. Bevis Lend Lease LMB, Inc., et al</u> (Fifth Party Action) (07 Civ 10639) (LAK)(AJP)

Dear Magistrate Judge Peck:

    This firm represents Bovis Lend Lease LMB, Inc. ("Bovis") in the above referenced Fifth Party Action.

    Pursuant to the Individual Practice Rules Section 1E, please find enclosed a Stipulation executed by Assistant Corporation Counsel Edwin Levy extending the time for Bovis to answer, move to dismiss or otherwise respond to the Fifth Party Complaint until September 4, 2008. According to the affidavit of service filed on ECF, Bovis was served through the New York Secretary of State on July 14, 2008. This is Bovis' first request for an extension of time with respect to the Fifth Party Complaint. Our firm was recently retained and additional time is required to respond to the Fifth Party Complaint.

    Accordingly, we are requesting that the Court endorse the attached Stipulation.

                                     Respectfully,

                                     Michael J. McDermott

MJM:az
Encl.

Cc:

Carol A. Sigmond, Esq.
Dunnington, Bartholow & Miller, LLP
Attorneys for Willaim A. Gross Construction Associates, Inc
477 Madison Avenue, 12th Floor
New York, New York 10022

Vincent J. Zichello, Esq.
Zichello & McIntyre, LLP
Attorneys for American Manufacturers Mutual Insurance Company
420 Lexington Avenue, Suite 2800
New York, New York 10170

Patricia Hewi, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
Attorneys for Cauldwell-Wingate Company, LLC
250 Park Avenue
New York, New York 10177

Edwin Michael Levy, Esq.
New York City Department
Attorneys for Dormitory Authority-State of New York
100 Church Street, Room 3-241
New York, New York 10007

Frank Peter Ribaudo, Esq.
Tunstead & Schecter
Attorneys for Hugh O'Kane Electric Co., LLC
500 North Broadway
Jericho, New York 11753

Steven I. Levin, Esq.
Levin and Glasser
Attorneys for Five Star Electric Corp.
420 Lexington Avenue
New York, New York 10170