USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

          Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

          Defendant.
--------------------------------------------------------------- x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

          Third-Party Plaintiff.

-against-

CAULDWELL WINGATE COMPANY, LLC,

          Third-Party Defendant.
--------------------------------------------------------------- x
CAULDWELL WINGATE COMPANY, LLC,

          Fourth-Party Plaintiff,

-against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

          Fourth-Party Defendant.
--------------------------------------------------------------- x
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

          Fifth-Party Plaintiff,

-against-

07-CV-10639(LAK)(AJP)

STIPULATION TO EXTEND TIME

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CNA SURETY
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO.,
LLC, MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING CORPORATION,
TRACTEL LTD, SWINGSTAGE DIVISION,

        Fifth-Party Defendants.
--------------------------------------------------------------- x

SMI-Owen Steel Company, Inc., Fifth-Party Defendant herein, and the Dormitory Authority for the State of New York, Fifth-Party Plaintiff herein, agree hereby to extend the Answer Date in the above-styled and numbered cause for an additional thirty (30) days through and including the 3rd day of September, 2008.

Dated: August 4, 2008

            SMI-OWEN STEEL COMPANY, INC.
            113 East Warehouse Court
            Taylors, South Carolina 29687
            (214) 689-4362

            By: _____
            JAMES L. AuBUCHON
            Senior Attorney

            MICHAEL A. CORDOZO
            Corporation Counsel of the
             City of New York
            Attorney for the Dormitory Authority
             of the State of New York
            100 Church Street, Room 3-241
            New York, New York 10007
            (212) 788-1185

SO ORDERED:
_____ 8/4/08
Hon. Andrew Jay Peck
United States Magistrate Judge

            By: _____
            EDWIN M. LEVY (EL-7792)
            Assistant Corporation Counsel

            By written permission
            of E. M. Levy

## ORDER

It is so ordered.

Dated: August 4, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
Honorable Andrew J. Peck, U.S.M.J.
