UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  07-cv-10639 (LAK) (AJP)
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                            Plaintiff,

                 -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Defendant.
------------------------------------------------------------X

**ORDER AND STIPULATION EXTENDING FIFTH PARTY DEFENDANT CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA'S TIME TO RESPOND TO THE <u>FIFTH-PARTY COMPLAINT</u>**

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Third-Party Plaintiff,
               -against-

CAULDWELL WINGATE COMPANY, LLC,

                            Third-Party Defendant.
------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                            Fourth-Party Plaintiff,
             -against-

DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                            Fourth-Party Defendant.
------------------------------------------------------------X

Caption continued on next page

```
-----------------------------------------------------------X
```
DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                          Fifth-Party Plaintiff,

       -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA,
INC., BOVIS LEND LEASE LMB, INC., CNA
SURETY CORPORATION D/B/A AMERICAN
CASUALTY COMPANY OF READING, PA,
DIERKS HEATING COMPANY, INC. ENCLOS
CORPORATION, FIVE STAR ELECTRIC
CORPORATION, FUTURE TECH CONSULTANTS
OF NEW YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

                          Fifth-Party Defendants.
```
-----------------------------------------------------------X
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Fifth-Party Plaintiff, Dormitory Authority of the State of New York, Michael A. Cardozo Corporation Counsel of the City of New York, and counsel for the Fifth-Party Defendant, CNA Surety Corporation d/b/a American Casualty Company of Reading, PA (hereinafter referred to as "CNA"), Winget, Spadafora & Schwartzberg, LLP, that CNA's time to answer, move or otherwise respond to the Fifth-Party Complaint is extended through and including September 4, 2008.

IT IS FURTHER HEREBY STIPULATED AND AGREED, that faxed copies of the undersigned attorneys' signatures shall have the same force and effect as the original signatures.

Dated: August 5, 2008

_____
WINGET, SPADAFORA
& SCHWARTZBERG, LLP
By: Matthew Tracy (MT- 2503)
45 Broadway, 19th Floor
New York, New York 10006
(212) 221-6900
*Attorneys for Fifth-Party Defendant,
CNA Surety Corporation d/b/a
American Casualty Company of
Reading, PA*

_____
MICHAEL A. CARDOZO
CORPORATION COUNSEL OF
THE CITY OF NEW YORK
By:  Edwin M. Leavy (EL -7792)
100 Church Street, Rm. 3-241
New York, New York 10007
(212) 788-1185
*Attorneys for Fifth-Party Plaintiff,
Dormitory Authority of the
State of New York*


**SO-ORDERED:**                         **Dated:**

_____
Hon. Andrew J. Peck, U.S.M.J.

3