AUG-05-2008 TUE 04:04 PM STEVEN G. RUBIN & ASSOC.    FAX NO. 6316220009    P. 03/06
Case 1:07-cv-10639-LAK-AJP   Document 70   Filed 08/05/2008   Page 1 of 4

2127888872                Xe-3-238                NYC Law 3-238              10:51:11 a.m.    08-04-2008    3/5

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES,    :    07-CV-10639(LAK)(AJP)
INC.
                                             :
                    Plaintiff,
                                             :
        -against-
                                             :
                                                      STIPULATION & ORDER
AMERICAN MANUFACTURERS MUTUAL                :
INSURANCE COMPANY
                    Defendant.               :
------------------------------------X
AMERICAN MANUFACTURERS MUTUAL                :
INSURANCE COMPANY,
                                             :
                Third-Party Plaintiff,
                                             :
        -against-
                                             :
CAULDWELL WINGATE COMPANY, LLC,
                                             :
                Third-Party Defendant.
                                             :
------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,              :

                Fourth-Party Plaintiff,      :

                                             :
        -against-
                                             :
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK,                                        :

                                             :
                Fourth-Party Defendant.
                                             :
------------------------------------X

Caption continued on the next page

AUG-05-2008 TUE 04:04 PM STEVEN G. RUBIN & ASSOC.　　FAX NO. 6316220089　　P. 04/06
Case 1:07-cv-10639-LAK-AJP   Document 70   Filed 08/05/2008   Page 2 of 4

2127888872　　Xe-3-238　　NYC Law 3-238　　10:51:18 a.m.　　08-04-2008　　4/5

```
-----------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW      :
YORK,
                                             :
              Fifth-Party Defendant
                                             :
              -against-
                                             :
A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL            :
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CNA SURETY       :
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING       :
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH       :
CONSULTANTS OF NEW YORK, INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., :
LLC, MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY         :
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING CORPORATION,     :
TRACTEL LTD. SWINGSTAGE DIVISION.
                                             :
              Fifth-Party Defendants.
                                             :
-----------------------------------------X
```

It is hereby stipulated by and between the undersigned attorneys for the Fifth-Party Plaintiff Dormitory Authority of the State of New York ("DASNY") and Fifth-Party Defendant Dierks Heating Company, Inc. ("Dierks") that the time for Dierks to answer, move or otherwise respond to the Fifth-Party Complaint is extended to September 4, 2008.

This stipulation may be signed in counterparts and facsimile signatures shall be considered as original.

2

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

AUG-05-2008 TUE 04:04 PM STEVEN G RUBIN & ASSOC.　　FAX NO. 6316220089　　P. 05/06
Case 1:07-cv-10639-LAK-AJP   Document 70   Filed 08/05/2008   Page 3 of 4
2127888872　　　Xe-3-238　　　NYC Law 3-238　　　10:51:28 a.m.　08-04-2008　　5/5

Dated: Melville, New York
August 1, 2008


Steven G. Rubin & Associates, P.C.          Michael A. Cardozo
                                            Corporation Counsel of
                                            The City of New York

By: _____               By: _____
Steven G. Rubin, Esq. (SR0351)              Edwin M. Levy, Esq. (EL7792)
Attorneys for Fifth-Party                   Senior Counsel
Defendant Dierks Heating                    Attorneys for Fifth-Party
Company, Inc.                               Plaintiff The Dormitory
225 Old Country Road                        Authority of the State
Melville, New York 11747                    Of New York
Tel. (631) 622-0007                         100 Church Street
Fax. (631) 622-0009                         New York, New York 10007
File No. 1187.46/22395                      Tel. (212) 788-1185
                                            Fax. (212) 788-8872


SO ORDERED


_____
United States Magistrate
Judge Andrew J. Peck


3

cc: Edwin Levy (212) 788-8872
    Carol A. Sigmound (212) 661-7769
    Vincent J. Zichello (212) 972-5569
    Mark Eliott Klein (212) 907-9681
    Frank Peter Ribaudo (516) 822-4462
    Patricia Hewi (212) 907-9681
    Steven I. Levin (212) 661-7769
    Marc Shea Krieg (631) 493-0763
    Arthur Semetis (212) 557-5051