```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES: 07-CV-10639(LAK)(AJP)
INC.
                                        :
                       Plaintiff,
                                        :
        -against-
                                        :

AMERICAN MANUFACTURERS MUTUAL           :
INSURANCE COMPANY
                       Defendant.       :

-----------------------------------------X
AMERICAN MANUFACTURERS MUTUAL           :
INSURANCE COMPANY,                        NOTICE OF APPEARANCE
                                        :         OF
             Third-Party Plaintiff,       FIFTH-PARTY DEFENDANT
                                        : DIERKS HEATING
        -against-                         COMPANY, INC.,
                                        :
CAULDWELL WINGATE COMPANY, LLC,
                                        :
             Third-Party Defendant.
                                        :
-----------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,         :

             Fourth-Party Plaintiff,    :

                                        :
        -against-
                                        :
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK.                                   :

                                        :
             Fourth-Party Defendant.
                                        :
-----------------------------------------X
```

Caption continued on the next page

```
------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW    :
YORK,
                                           :
                Fifth-Party Plaintiff
                                           :
        -against-
                                           :
A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL          :
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CNA SURETY     :
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING     :
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH     :
CONSULTANTS OF NEW YORK, INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO.,:
LLC, MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY       :
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING CORPORATION,   :
TRACTEL LTD. SWINGSTAGE DIVISION.
                                           :
                Fifth-Party Defendants.
                                           :
------------------------------------------------X
```

SIRS:

Please take notice that Fifth-Party Defendant DIERKS HEATING COMPANY, INC., by its attorneys, Steven G. Rubin & Associates, P.C., hereby appears in the within Fifth-Party Action.

Dated: Melville, New York
       August 6, 2008

                                Steven G. Rubin & Associates, P.C.

                                        /S/
                                _____
                                By: Steven G. Rubin (SR-0351)
                                Attorneys for Fifth-Party Defendant
                                Dierks Heating Company, Inc.
                                225 Old Country Road
                                Melville, New York 11747
                                Tel: (631) 622-0007
                                Fax (631) 622-0009
                                File No.1187.46.2/22393

Certificate of Service

I hereby certify that on August 6, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Eastern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Carol A. Sigmond, Esq.
Dunnington, Barthlow & Miller, L.L.P.
Attorneys for Plaintiff
William A. Gross Construction Associates, Inc.
477 Madison Avenue, 12th Floor
New York, New York 10022
(212) 682-8811
Fax: (212) 661-7769

Vincent J. Zichello, Esq.
Zichello & McIntyre, L.L.P.
Attorneys for Defendant
and Third-Party Plaintiff
American Manufacturers Mutual
Insurance Company
420 Lexington Avenue, Suite 2800
New York, New York 10170
(212) 972-5560
Fax: (212) 972-5569

Mark Elliot Klein, Esq.
Ingram Yuzek Gainen Carroll &
Bertolotti, LLP
Attorneys for Third-Party Defendant
and Fourth-Party Plaintiff
Cauldwell-Wingate Company, LLC
250 Park Avenue
New York, New York 10177
(212) 907-9657
Fax: (212) 907-9681

Patricia Hewi, Esq.
Ingram Yuzek Gainen Carroll &
Bertolotti, LLP
Attorneys for Third-Party Defendant
and Fourth-Party Plaintiff
Cauldwell-Wingate Company, LLC
250 Park Avenue
New York, New York 10177
(212) 907-9608
Fax: (212) 907-9681

Larry F. Gainen, Esq.
Ingram Yuzek Gainen Carroll &
Bertolotti, LLP
Attorneys for Third-Party Defendant
and Fourth-Party Plaintiff
Cauldwell Wingate Company, LLC
250 Park Avenue
New York, New York 10177
(212) 907-9600

Edwin Michael Levy, Esq.
NYC Law Department
Attorneys for Fourth-Party Defendant
and Fifth-Party Plaintiff
Dormitory Authority of the State of New York
100 Church Street, Room 3-241
New York, New York 10007
(212) 788-1185
Fax: (212) 788-8872

Todd Krichmar, Esq.
NYC Law Department
Attorneys for Fourth-Party Defendant and
Fifth-Party Plaintiff
Dormitory Authority of the State of New York
100 Church Street
New York, New York 10007
(212) 676-0750
Fax: (212) 788-8871

Frank Peter Ribaudo, Esq.
Tunstead & Schechter
Attorneys for Fifth Party Defendants
Aspro Mechanical Contractors, Inc. and
Hugh O'Kane Electric Company, LLC
500 North Broadway
Jericho, New York 11753
(516) 822-4400
Fax: (516) 822-4462

Constantine Tryfon Tzifas, Esq.
Arthur J. Semetis, P.C.
Attorneys for Fifth Party Defendant
Bovis Lend Lease LMB, Inc.
21 East 40th Street, 14th Floor
New York, New York 10016
(212) 557-3000
Fax: (212) 557-5051

Steven I. Levin, Esq.
Levin and Glasser, P.C.
Attorneys for Fifth Party Defendant
Five Star Electric Corporation
420 Lexington Avenue
New York, New York 10170
(212) 867-3636
Fax: (212) 661-2446

Marc Shea Krieg, Esq.
Krieg Associates, P.C.
Attorneys for Fifth Party Defendant
Future Tech Consultants
of New York, Inc.
5 Heather Court
Dix Hills, New York 11746
(516) 499-8409
Fax: (631) 493-0763

Leonardo D'Alessandro, Esq.
Milber Makris Plousadis & Seiden, LLP
Attorneys for Fifth Party Defendant
Rafael Vinoly Architects P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700
Fax: (914) 681-8709

       /s/ Steven Rubin
Steven G. Rubin (SR0351)
Steven G. Rubin & Associates, P.C.
Attorneys for Fifth-Party Defendant
Dierks Heating Company, Inc.
225 Old Country Road
Melville, New York 11747
Tel: (631) 622-0007
Fax (631) 622-0009
File No.1187.46.2/22393pdf