

# INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

250 PARK AVENUE
NEW YORK, NEW YORK 10177
Telephone (212) 907-9600
Facsimile (212) 907-9681

Patricia Hewitt
───────────
Writer's Direct Dial: (212) 907-9608
E-Mail: PHEWITT@INGRAMLLP.COM

RECEIVED
AUG 05 2008
CHAMBERS OF
ANDREW J. PECK

August 5, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/6/08

**BY FACSIMILE**

Hon. Andrew J. Peck, U.S.M.J.
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED** p2

Re: **William A. Gross Construction Associates, Inc. v.
American Manufacturers Mutual Insurance Company,
and successive impleader actions
07-CV-10639 (LAK)(AJP)**

Dear Judge Peck:

On behalf of third-party defendant/fourth-party plaintiff, Cauldwell Wingate, I am writing to object to the reply brief of fourth-party defendant/fifth-party plaintiff DASNY, because it relies on a completely new jurisdictional basis for the dismissal of Cauldwell Wingate's fourth-party complaint.

Invoking 28 U.S.C. § 1367(c), DASNY moved to dismiss based on the alleged absence of supplemental jurisdiction over the fourth-party action. (*See, e.g.,* DASNY Notice of Motion dated June 13, 2008 and DASNY moving Memorandum of Law at 2 *et seq.*) We accordingly addressed our responsive legal arguments to § 1367(c), as well as to DASNY's alternative argument that the fourth-party action be severed or tried separately.

In its reply -- for the first time ever -- DASNY invokes Rule 19 and § 1359, and urges that "the first-party complaint must be dismissed for lack of jurisdiction," (DASNY Reply Br. at 11), allegedly for failure to join an indispensable party. While that argument, as DASNY itself acknowledges, affects first-party plaintiff Gross, DASNY did not move to dismiss Gross's complaint, or provide any notice to Gross that it would seek to do so.

And, in any event, since DASNY did not raise the indispensable party issue in its original submission, we also did not address it. While DASNY argues that "a challenge to subject matter may be raised at any time," (*id.* at 12), that does not mean it may be raised without the opportunity for a response. Accordingly, we respectfully request that the Court not consider DASNY's argument based on the indispensable party issue. *See, e.g., Fleet Capital Corp. v.*

289857_1/00926-0053

The Honorable Andrew J. Peck
August 5, 2008
Page 2

*Yamaha Motor Corp., U.S.A.*, No. 01 Civ. 1047 (AJP), 2002 WL 31174470 (S.D.N.Y. 2002) (citing *Playboy Enterprises, Inc. v. Dumas*, 960 F.Supp. 710, 720, n.7 (S.D.N.Y 1997)).

Should the Court determine that it will consider DASNY's new jurisdictional argument, we respectfully request the opportunity to submit a sur-reply on that issue.

I have addressed this letter to the Court, because it is my understanding that Judge Kaplan has referred DASNY's motion to Your Honor for report and recommendation. I am submitting a courtesy copy to Judge Kaplan as well.

Respectfully,

Patricia Hewitt

cc: Hon. Lewis A. Kaplan (by hand)
    (by facsimile):
    Carol A. Sigmond, Esq.
    Vincent J. Zichello, Esq.
    Edwin M. Levy, Esq.
    Frank P. Ribaudo, Esq.
    Marc S. Krieg, Esq.
    Leonardo D'Alessandro, Esq.
    Steven I. Levin, Esq.
    Constantine T. Tzifas, Esq.

**MEMO ENDORSED** 8/6/08

[Handwritten note, partially illegible: Cardwell Moving — as well as Promo, Gross — any atty [illegible] not wishes to — can do so by [illegible] DASNY's new jxn'l arg [illegible] 8/15. (The court wonders why DASNY did not raise this argument in its original motion papers!)]

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

[Additional handwritten: Copy for All Counsel by Hewitt]

BY FAX

289857_1/00926-0053

## FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** August 6, 2008                                    **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Carol A. Sigmond, Esq. | 212-661-7769 |
| Vincent J. Zichello, Esq. | 212-972-5569 |
| Patricia Hewitt, Esq. | 212-907-9681 |
| Edwin Levy, Esq. | 212-788-8872 |
| Arthur J. Semetis, Esq. | 212-557-5051 |
| Edward T. Byrne, Esq. | 516-766-3402 |
| Frank P. Ribaudo, Esq. | 516-822-4462 |
| Steven I. Levin, Esq. | 212-661-2446 |
| Leonardo D'Alessandro, Esq. | 914-681-8709 |
| Marc S. Krieg, Esq. | 631-493-0763 |
| James L. AuBuchon, Esq. | 214-689-5886 |
| Steven G. Rubin, Esq. | 631-622-0009 |
| Michael J. McDermott, Esq. | 212-557-5051 |

# TRANSCRIPTION:

### MEMO ENDORSED 8/6/08

Cauldwell Wingate – as well as American, Gross and any other party that wishes to – are to reply to DASNY's new reply brief arguments, by **8/15**. (The Court wonders why DASNY did not raise this argument in its original motion papers!)

**Copy to:** Judge Lewis A. Kaplan