UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                              Plaintiff,

            -against-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                              Defendant.
------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                              Third-Party Plaintiff,

            -against-

CAULDWELL WINGATE COMPANY, LLC,

                              Third-Party Plaintiff.
------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                              Fourth-Party Plaintiff,

            -against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                              Fourth-Party Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

07-CV-10639(LAK)(AP)

**STIPULATION AND ORDER**

Caption continued on the next page

------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                            Fifth-Party Plaintiff,

    -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC. ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK., INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC. RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                            Fifth-Party Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Fifth-Party Plaintiff Dormitory Authority of the State of New York ("DASNY") and Fifth Party Defendant Aspro Mechanical Contracting, Inc., mistakenly sued herein as Aspro Mechanical Contractors, Inc. ("Aspro") that:

      1.    The time for Fifth-Party Defendant Aspro to move, answer, or otherwise respond to the Fifth-Party Complaint is extended to and including September 4, 2008.

      2.    This Stipulation and Order may be executed by facsimile, in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

SO ORDERED: /s/ 8/8/08
Hon. Andrew Jay Peck
United States Magistrate Judge

2

Dated: August 8, 2008

| | |
|---|---|
| TUNSTEAD & SCHECHTER<br>*Attorneys for Fifth-Party Defendant*<br>*Aspro Mechanical Contracting* | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>*Attorneys for Fifth-Party Plaintiff DASNY* |
| By: Frank P. Ribaudo, Esq. (FR6019)<br>500 North Broadway, Ste. 101<br>Jericho, New York 11753<br>(516) 822-4400<br>Fax: (516) 822-4462 | By: Edwin M. Levy, Esq. (EL7792)<br>100 Church Street<br>New York, New York 10007<br>(212) 788-1185<br>Fax: (212) 788-8872 |

SO ORDERED

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

3