UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

          Plaintiff,

  -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

          Defendant.
-----------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

         Third-Party Plaintiff,

  -against-

CAULDWELL WINGATE COMPANY, LLC,

         Third-Party Plaintiff.
-----------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

         Fourth-Party Plaintiff,

  -against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

         Fourth-Party Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/8/08

07-CV-10639(LAK)(AP)

**STIPULATION AND ORDER**

Caption continued on the next page

1

```
-------------------------------------------------------------X
```
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                                Fifth-Party Plaintiff,

      -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC. ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK., INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC. RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                                Fifth-Party Defendants.
```
-------------------------------------------------------------X
```

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Fifth-Party Plaintiff Dormitory Authority of the State of New York ("DASNY") and Fifth Party Defendant Hugh O'Kane Electric Co., Inc. as successor in interest to Hugh O'Kane Electric Co., LLC ("O'Kane") that:

      1.     The time for Fifth-Party Defendant O'Kane to move, answer, or otherwise respond to the Fifth-Party Complaint is extended to and including September 4, 2008.

      2.     This Stipulation and Order may be executed by facsimile, in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

SO ORDERED: /s/ 8/8/08
Hon. Andrew Jay Peck
United States Magistrate Judge

2

Dated:   August 8, 2008

TUNSTEAD & SCHECHTER
*Attorneys for Fifth-Party Defendant*
*Hugh O'Kane Electric*

By: Frank P. Ribaudo, Esq. (FR6019)
500 North Broadway, Ste. 101
Jericho, New York 11753
(516) 822-4400
Fax: (516) 822-4462

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorneys for Fifth-Party Plaintiff DASNY*

By: Edwin M. Levy, Esq. (EL7792)
100 Church Street
New York, New York 10007
(212) 788-1185
Fax: (212) 788-8872

SO ORDERED

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

08/08/2008 12:07  5168430142  ERWIN PERKIN ESQ  PAGE 04/07
Case 1:07-cv-10639-LAK-AJP   Document 74   Filed 08/08/2008   Page 3 of 3