DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X
{and third-party, fourth-party and fifth-party actions}

Case No. 07 CV 10639(LAK)(AJP)
ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO FIFTH-PARTY COMPLAINT**

IT IS STIPULATED AND AGREED by and between the undersigned, attorneys respectively for fifth-party plaintiff DORMITORY AUTHORITY OF THE STATE OF NEW YORK and fifth-party defendant RAFAEL VINOLY ARCHITECTS, P.C., that the time for fifth-party defendant RAFAEL VINOLY ARCHITECTS, P.C. to respond to the fifth-party complaint is extended up to and including September 4, 2008.

MICHAEL A. CARDOZO
Corporation Counsel of the City Of New York

By: _____
Edwin M. Levy (EL-7792)
Assistant Corporation Counsel
Attorney for the Fifth-Party Plaintiff
Dormitory Authority
of the State of New York
100 Church Street, Room 3-241
New York, New York 10007
(212) 788-1185

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

By: _____
Mark Seiden (MS-0602)
Leonardo D'Alessandro (LD-0648)
Attorneys for Fifth-Party Defendant
Rafael Vinoly Architects, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700

SO ORDERED:

_____
USDJ - Part I
8/ 7 /2008