USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/11/08

RECEIVED
AUG 11 2008
CHAMBERS OF
ANDREW J. PECK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X 07-cv-10639 (LAK) (AJP)

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                Plaintiff,

    -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                Defendant.

------------------------------------------------X

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                Third-Party Plaintiff,

    -against-

CAULDWELL WINGATE COMPANY, LLC,

                Third-Party Defendant.

------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

                Fourth-Party Plaintiff,

    -against-

DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                Fourth-Party Defendant.

------------------------------------------------X

**ORDER AND STIPULATION EXTENDING FIFTH PARTY DEFENDANT CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA'S TIME TO RESPOND TO THE FIFTH-PARTY COMPLAINT**

Caption continued on next page

AUG.11.2008 09:59 12122216658 Winget #2803 P.003 /004
Case 1:07-cv-10639-LAK-AJP    Document 77    Filed 08/11/2008    Page 2 of 3

Case 1:07-cv-10639-LAK-AJP    Document 69    Filed 08/05/2008    Page 2 of 3

---------------------------------------------X
DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                    Fifth-Party Plaintiff,

    -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA,
INC., BOVIS LEND LEASE LMB, INC., CNA
SURETY CORPORATION D/B/A AMERICAN
CASUALTY COMPANY OF READING, PA,
DIERKS HEATING COMPANY, INC. ENCLOS
CORPORATION, FIVE STAR ELECTRIC
CORPORATION, FUTURE TECH CONSULTANTS
OF NEW YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

                    Fifth-Party Defendants.

---------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Fifth-Party Plaintiff, Dormitory Authority of the State of New York, Michael A. Cardozo Corporation Counsel of the City of New York, and counsel for the Fifth-Party Defendant, CNA Surety Corporation d/b/a American Casualty Company of Reading, PA (hereinafter referred to as "CNA"), Winget, Spadafora & Schwartzberg, LLP, that CNA's time to answer, move or otherwise respond to the Fifth-Party Complaint is extended through and including September 4, 2008.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

2

IT IS FURTHER HEREBY STIPULATED AND AGREED, that faxed copies of the undersigned attorneys' signatures shall have the same force and effect as the original signatures.

Dated: August 5, 2008

WINGET, SPADAFORA
& SCHWARTZBERG, LLP
By: Matthew Tracy (MT- 2503)
45 Broadway, 19th Floor
New York, New York 10006
(212) 221-6900
*Attorneys for Fifth-Party Defendant,
CNA Surety Corporation d/b/a
American Casualty Company of
Reading, PA*

MICHAEL A. CARDOZO
CORPORATION COUNSEL OF
THE CITY OF NEW YORK
By: Edwin M. Leavy (EL -7792)
100 Church Street, Rm. 3-241
New York, New York 10007
(212) 788-1185
*Attorneys for Fifth-Party Plaintiff,
Dormitory Authority of the
State of New York*

SO-ORDERED:                Dated:

_____
Hon. Andrew J. Peck, U.S.M.J.

3