Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

         Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

         Defendant.

---------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

         Third-Party Plaintiff,

-against-

CAULDWELL WINGATE COMPANY, LLC,

         Third-Party Defendant.
---------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

         Fourth-Party Plaintiff,

-against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

         Fourth-Party Defendant.
---------------------------------------------------------------X

07-CV-10639 (LAK) (AJP)

ECF CASE

**<u>RULE 7.1 STATEMENT</u>**

Caption continued on the next page

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

       Fifth-Party Plaintiff,

    -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB,
INC., CAN SURETY CORPORATION D/B/A/
AMERICAN CASUALTY COMPANY OF
READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION,
FIVE STAR ELECTRIC CORPORATION,
FUTURE TECH CONSULTANTS OF NEW
YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAD, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OVEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWING
STAGE DIVISION,

       Fifth-Party Defendants.
-----------------------------------------------------------X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Fifth-Party Defendant Enclos Corporation ("Enclos") certifies that there are no corporate parents, affiliates and/or subsidiaries of Enclos, which are publicly held.

Dated: August 13, 2008                          **DORSEY & WHITNEY LLP**


                                                By  /s/ Neil E. McDonell
                                                    Neil E. McDonell
                                                Charisa Tak
                                                250 Park Avenue
                                                New York, NY 10177-1500
                                                Telephone: (212) 415-9200

                                                OF COUNSEL
                                                Steven J. Wells
                                                Eric Ruzicka
                                                50 South Sixth Street
                                                Suite 1500
                                                Minneapolis, MN 55402-1498
                                                Telephone: (612) 340-2600

                                                *Attorneys for Fifth-Party Defendant*
                                                *Enclos Corporation*