Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                                  Plaintiff,

     -against-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                                  Defendant.

-----------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                              Third-Party Plaintiff,

     -against-

CAULDWELL WINGATE COMPANY, LLC,

                              Third-Party Defendant.
-----------------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

                              Fourth-Party Plaintiff,

     -against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                              Fourth-Party Defendant.
-----------------------------------------------------------------X

07-CV-10639 (LAK) (AJP)

ECF CASE

**CERTIFICATE OF SERVICE**

-2-

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                Fifth-Party Plaintiff,

             -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CAN SURETY CORPORATION D/B/A/ AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAD, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OVEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWING STAGE DIVISION,

                Fifth-Party Defendants.
----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that on August 13, 2008, copies of the documents listed below were served via first-class mail upon:

Larry F. Gainen
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177

1. ANSWER AND COUNTERCLAIM OF FIFTH-PARTY DEFENDANT ENCLOS CORPORATION; and

2. RULE 7.1 STATEMENT.

-3-

Dated: August 13, 2008                               **DORSEY & WHITNEY LLP**


By /s/ Charisa S. Tak
Neil E. McDonell
Charisa Tak
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200

OF COUNSEL
Steven J. Wells
Eric Ruzicka
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*