USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

       Plaintiff,

  -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

       Defendant.
----------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

       Third-Party Plaintiff,

  -against-

CAULDWELL WINGATE COMPANY, LLC,

       Third-Party Defendant.
----------------------------------------------------------x
CAULDWELL WINGAGE COMPANY, LLC,

       Fourth-Party Plaintiff,

  -against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

       Fourth-Party Defendant.
----------------------------------------------------------x

07-CV-10639 (LAK)(AJP)

**STIPULATION** *& ORDER*

Captioned continued on next page

```
-----------------------------------------------------------------x
```
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

         Fifth-Party Plaintiff,

    -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD., SWINGSTAGE DIVISION,

         Fifth-Party Defendants.
```
-----------------------------------------------------------------x
```

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for parties to this action that:

  The time for Defendant Materials Testing Lab, Inc. to answer or otherwise respond to the Fifth Party Complaint has been extended up to and including September 12, 2008.

  **IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts and that facsimile signatures shall be deemed originals for all purposes.

Dated: August 12, 2008

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

| | |
|---|---|
| MICHAEL A. CORDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for the Dormitory Authority<br>  of the State of New York | THELEN REID BROWN RAYSMAN<br>  & STEINER LLP<br>Attorneys for Defendant<br>  Materials Testing Lab, Inc. |
| By:  S/Edwin M. Levy<br>       Edwin M. Levy (EL-7792)<br>100 Church Street, Room 3-241<br>New York, New York 10007<br>(212) 788-1185 | By:  S/Brian J. Markowitz<br>       Brian Markowitz (BM-9640)<br>875 Third Avenue<br>New York, New York 10022<br>(212) 603-2000 |

SO ORDERED:

_____
Andrew J. Peck, USMJ