Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                               Plaintiff,

          -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Defendant.

-------------------------------------------------------------X

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

               Third-Party Plaintiff,

          -against-

CAULDWELL WINGATE COMPANY, LLC,

               Third-Party Defendant.

-------------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

               Fourth-Party Plaintiff,

          -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

               Fourth-Party Defendant.

-------------------------------------------------------------X

Caption continued on the next page

07-CV-10639 (LAK) (AJP)

ECF CASE

**MOTION TO ADMIT**
**ERIC A. O. RUZICKA**
**PRO HAC VICE**



DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                    Fifth-Party Plaintiff,

          -against-

A.   WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB,
INC., CAN SURETY CORPORATION D/B/A/
AMERICAN CASUALTY COMPANY OF
READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION,
FIVE STAR ELECTRIC CORPORATION,
FUTURE TECH CONSULTANTS OF NEW
YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAD, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OVEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWING
STAGE DIVISION,

                    Fifth-Party Defendants.
----------------------------------------------------------X


          PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, NEIL E. MCDONELL, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

                    Eric A. O. Ruzicka
                    Dorsey & Whitney LLP
                    50 South Sixth Street
                    Suite 1500
                    Minneapolis, MN 55402-1498
                    Telephone:  (612) 340-2600

          ERIC A. O. RUZICKA is a member in good standing of the Bar of the State of

Minnesota, the United States Supreme Court, the United States Court of Appeals for the Eighth

Circuit, and the United States District Court for the District of Minnesota.  There are no pending disciplinary proceedings against ERIC A. O. RUZICKA in any State or Federal court.

Dated:  August 13, 2008                    **DORSEY & WHITNEY LLP**

By _____
Neil E. McDonell
Charisa Tak
250 Park Avenue
New York, NY 10177-1500
Telephone:  (212) 415-9200

OF COUNSEL
Steven J. Wells
Eric Ruzicka
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ERIC ANDREW RUZICKA

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 2001

Given under my hand and seal of this court on

August 11, 2008

*Fredrick K. Grittner*

Fredrick K. Grittner
Clerk of Appellate Courts



Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                                        Plaintiff,

        -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                                        Defendant.

-------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                        Third-Party Plaintiff,

        -against-

CAULDWELL WINGATE COMPANY, LLC,

                        Third-Party Defendant.
-------------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

                        Fourth-Party Plaintiff,

        -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

                        Fourth-Party Defendant.
-------------------------------------------------------------X

07-CV-10639 (LAK) (AJP)

ECF CASE

**AFFIDAVIT OF NEIL E.
MCDONELL IN SUPPORT OF
MOTION TO ADMIT ERIC A. O.
RUZICKA PRO HAC VICE**

Caption continued on the next page

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                    Fifth-Party Plaintiff,

          -against-

A.   WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB,
INC., CAN SURETY CORPORATION D/B/A/
AMERICAN CASUALTY COMPANY OF
READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION,
FIVE STAR ELECTRIC CORPORATION,
FUTURE TECH CONSULTANTS OF NEW
YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAD, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OVEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWING
STAGE DIVISION,

                    Fifth-Party Defendants.
--------------------------------------------------------X

State of New York     )
                      )          ss:
County of New York    )


NEIL E. MCDONELL, being duly sworn, hereby deposes and says as follows:

1.    I am a partner at Dorsey & Whitney LLP, counsel for Fifth-Party Defendant Enclos

      Corporation ("Enclos"), in the above captioned action.  I am familiar with the

      proceedings in this case.  I make this statement based on my personal knowledge of the

      facts set forth herein and in support of Enclos' motion to admit ERIC A. O. RUZICKA as

      counsel pro hac vice to represent Enclos in this matter.

2

2.     I am a member in good standing of the bar of the State of New York, and was admitted to

practice law on July 11, 1984.  I am also admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known ERIC A.O. RUZICKA since 2001.

4.     ERIC A. O. RUZICKA is an associate at Dorsey & Whitney LLP, in Minneapolis,

Minnesota.

5.     I have found ERIC A.O. RUZICKA to be a skilled attorney and a person of integrity.  He

is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of ERIC A.O. RUZICKA, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of ERIC A.O. RUZICKA,

pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit ERIC A.O. RUZICKA, pro

hac vice, to represent Enclos in the above captioned matter, be granted.

Dated:   August 13, 2008                   Respectfully submitted,
         New York, New York

                                           By: _____
                                                Neil E. McDonell

Sworn to before me this
13th day of August, 2008.

_____
Notary Public

TERRI-ANN TERTECHNY
Notary Public, State of New York
No. 01TE4697461
Qualified in Queens County
Commission Expires March 30, 20 11

3

Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

07-CV-10639 (LAK) (AJP)

                                    Plaintiff,          ECF CASE

        -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,                                      **ORDER FOR ADMISSION PRO**
                                                        **HAC VICE OF ERIC A. O.**
                                    Defendant.          **RUZICKA ON WRITTEN**
                                                        **MOTION**
----------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Third-Party Plaintiff,

        -against-

CAULDWELL WINGATE COMPANY, LLC,

                            Third-Party Defendant.
----------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

                            Fourth-Party Plaintiff,

        -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

                            Fourth-Party Defendant.
----------------------------------------------------------X

Caption continued on the next page

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                        Fifth-Party Plaintiff,

             -against-

A.   WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB,
INC., CAN SURETY CORPORATION D/B/A/
AMERICAN CASUALTY COMPANY OF
READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION,
FIVE STAR ELECTRIC CORPORATION,
FUTURE TECH CONSULTANTS OF NEW
YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAD, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OVEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWING
STAGE DIVISION,

                      Fifth-Party Defendants.
---------------------------------------------------------X


Upon the motion of NEIL E. MCDONELL, attorney for Fifth-Party Defendant Enclos

Corporation ("Enclos") and the Affidavit of Neil E. McDonell in Support of Motion to Admit

Pro Hac Vice;

**IT IS HEREBY ORDERED** that

                      Eric A. O. Ruzicka
                      Dorsey & Whitney LLP
                      50 South Sixth Street
                      Suite 1500
                      Minneapolis, MN 55402-1498
                      Telephone:  (612) 340-2600

is admitted to practice pro hac vice as counsel for Enclos in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the pro hac vice fee to the Clerk of the Court.


Dated: August __, 2008

      New York, New York                _____

                                  United States District/Magistrate Judge

Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                              Plaintiff,

        -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                              Defendant.

------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                     Third-Party Plaintiff,

        -against-

CAULDWELL WINGATE COMPANY, LLC,

                     Third-Party Defendant.
------------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

                     Fourth-Party Plaintiff,

        -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

                     Fourth-Party Defendant.
------------------------------------------------------------X

07-CV-10639 (LAK) (AJP)

ECF CASE

**CERTIFICATE OF SERVICE**

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                Fifth-Party Plaintiff,

        -against-

A.   WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB,
INC., CAN SURETY CORPORATION D/B/A/
AMERICAN CASUALTY COMPANY OF
READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION,
FIVE STAR ELECTRIC CORPORATION,
FUTURE TECH CONSULTANTS OF NEW
YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAD, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OVEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWING
STAGE DIVISION,

                Fifth-Party Defendants.
--------------------------------------------------------X

      **PLEASE TAKE NOTICE** that on August 13, 2008, copies of the following were served

upon the parties on the attached service list via first-class mail:

1.  MOTION TO ADMIT ERIC A. O. RUZICKA PRO HAC VICE;

2.  AFFIDAVIT OF NEIL E. MCDONELL IN SUPPORT OF MOTION TO ADMIT ERIC
    A. O. RUZICKA PRO HAC VICE; and

3.  ORDER FOR ADMISSION PRO HAC VICE OF ERIC A. O. RUZICKA ON
    WRITTEN MOTION.

Dated:  August 13, 2008                    **DORSEY & WHITNEY LLP**


By _____
Neil E. McDonell
Charisa Tak
250 Park Avenue
New York, NY 10177-1500
Telephone:  (212) 415-9200

OF COUNSEL
Steven J. Wells
Eric Ruzicka
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

## Service List

DUNNINGTON, BARTHOLOW & MILLER, LLP
Carold A. Sigmond, Esq.
Attorneys for Plaintiff
477 Madison Avenue, 12th Floor
New York, NY 10022

ZICHELLO & McINTYRE, LLP
Vincent J. Zichello, Esq.
Attorneys for Defendant American
Manufacturers Mutual Ins. Co.
420 Lexington Avenue, Suite 2800
New York, NY 10170

INGRAM, YUZEK, GAINEN, CARROLL
& BERTOLOTTI, LLP
Mark Eliott Klein, Esq.
Attorneys for Third Party Defendant
Cauldwell-Wingate Company, LLC
250 Park Avenue
New York, NY 10177

INGRAM, YUZEK, GAINEN, CARROLL
& BERTOLOTTI, LLP
Patricia Hewi, Esq.
Larry F. Gainen, Esq.
Attorneys for Fourth Party Plaintiff
Cauldwell-Wingate Company, LLC
250 Park Avenue
New York, NY 10177

NEW YORK CITY LAW DEPARTMENT
Edwin Michael Levy, Esq.
Todd Krichmar, Esq.
Attorneys for Fourth Party Defendant
Dormitory Authority – State of New York
100 Church Street, Room 3-241
New York, NY 10007

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

ARTHUR J. SEMETIS, P.C.
Constantine T. Tzifas, Esq.
Of Counsel
Attorneys for Fifth-Party Defendant
Bovis Lend Lease LMB, Inc.
286 Madison Avenue,14[th] Floor
New York, NY 10017

BEAUBOIS CANADA, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

FUTURE TECH CONSULTANTS OF NEW YORK, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

HERITAGE AIR SYSTEMS, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

LEVIN & GLASSER, P.C.
Steven I. Levin, Esq.
Attorneys for Fifth-Party Defendant
Five Star Electric Corp.
420 Lexington Avenue, Suite 805
New York, NY 10170

MATERIALS TESTING LAB, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
Mark Seiden, Esq
Leonardo D' Alessandro, Esq.
Attorneys for Fifth-Party Defendant
Rafael Vinoly Architects, P.C.
3 Barker Avenue, 6th Floor
White Plains, NY 10601

PYRAMID FIRE PROTECTION, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

SMI-OWEN STEEL COMPANY, INC.
James L. Aubuchon, Esq.
Attorneys for Fifth-Party Defendant
SMI-Owen Steel Company, Inc.
113 East Warehouse Court
Taylors, SC 29687

STEVEN G. RUBIN & ASSOCIATES, P.C.
Steven G. Rubin, Esq.
Attorneys for Fifth- Party Defendant
Dierks Heating Company, Inc.
225 Old County Road
Melville, NY 11747

STONEWALL CONTRACTING CORPORATION
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

TRACTEL, INC.
c/o Department of State of the State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

TUNSTEAD & SCHECHTER
Frank P. Ribaubo. Esq.
Attorneys for Fifth-Party Defendant
Aspro Mechanical Contracting
500 North Broadway, Suite 101
Jericho, NY 11753

TUNSTEAD & SCHECHTER
Frank P. Ribaudo, Esq.
Attorneys for Fifth-Party Defendant
Hugh O'Kane Electric CO., L.L.C.
500 North Broadway, Suite 101
Jericho, NY 11753

WINGET, SPADAFORA & SCHWARTZBERG, LLP
Matthew Tracy, Esq.
Attorneys for Fifth-Party Defendant
American Casualty Company Of Reading, PA
c/o CNA Surety Corporation
45 Broadway, 19th Floor
New York, NY 10006