UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                      Plaintiff,

    - against -

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                      Defendant.

07-CV-10639 (LAK) (AJP)

**RULE 7.1 STATEMENT**

------------------------------------------------------------------------ x

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                      Third-Party Plaintiff,

    - against -

CAULDWELL WINGATE COMPANY, LLC,

                      Third party plaintiff.

------------------------------------------------------------------------ x

CAULDWELL WINGATE COMPANY, LLC,

                      Fourth-Party Plaintiff,

    - against -

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                      Fourth-Party Defendant.

------------------------------------------------------------------------ x

Caption continued on the next page

                      x

ME1 7643372v.1

---------------------------------------------------------------------------
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

      Fifth-Party Plaintiff,

 - against -

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

      Fifth-Party Defendant  x

---------------------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Fifth Party Defendant Beaubois Canada Inc. ("Beaubois") certifies that there are no corporate parents, affiliates, and/or subsidiaries of Beaubois which are publicly held.

Dated: New York, New York
    August 18, 2008

              **McCarter & English, LLP**

              /s/ Robert S. Bernstein
              By Robert S. Bernstein (RB-1509)
              Attorneys for Fifth Party Defendant
               Beaubois Canada, Inc.
              245 Park Avenue
              27th Floor
              New York, NY  10167
              212.609.6800