UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                Plaintiff,

   - against -

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                Defendant.

07-CV-10639 (LAK) (AJP)

**CERTIFICATE OF SERVICE**

------------------------------------------------------------------------ x

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                Third-Party Plaintiff,

   - against -

CAULDWELL WINGATE COMPANY, LLC,

                Third party plaintiff.

------------------------------------------------------------------------ x

CAULDWELL WINGATE COMPANY, LLC,

                Fourth-Party Plaintiff,

   - against -

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                Fourth-Party Defendant.

------------------------------------------------------------------------ x

Caption continued on the next page

                x

ME1 7643368v.1

---------------------------------------------------------------------------
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                      Fifth-Party Plaintiff,

  - against -

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                      Fifth-Party Defendant      x

---------------------------------------------------------------------------

Please take notice that on August 18, 2008, a true copy of the Answer and Jury Demand of Fifth Party Defendant Beaubois Canada, Inc. together with its Rule 7.1 Statement were filed with the Clerk of the Court and served upon all counsel appearing in the captioned action in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Rule on Electronic Service.

                                        **McCarter & English, LLP**

                                        /s/ Robert S. Bernstein
                                        By Robert S. Bernstein (RB-1509)
                                        Attorneys for Fifth Party Defendant
                                         Beaubois Canada, Inc.
                                        245 Park Avenue
                                        27th Floor
                                        New York, NY  10167
                                        212.609.6800

ME1 7643368v.1