Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                       Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                       Defendant.

07-CV-10639 (LAK) (AJP)

ECF CASE

**ORDER FOR ADMISSION PRO HAC VICE OF STEVEN J. WELLS ON WRITTEN MOTION**

------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                       Third-Party Plaintiff,

-against-

CAULDWELL WINGATE COMPANY, LLC,

                       Third-Party Defendant.
------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                       Fourth-Party Plaintiff,

-against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                       Fourth-Party Defendant.
------------------------------------------------------------X

Caption continued on the next page

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

      Fifth-Party Plaintiff,

  -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB,
INC., CAN SURETY CORPORATION D/B/A/
AMERICAN CASUALTY COMPANY OF
READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION,
FIVE STAR ELECTRIC CORPORATION,
FUTURE TECH CONSULTANTS OF NEW
YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAD, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OVEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWING
STAGE DIVISION,

      Fifth-Party Defendants.
-----------------------------------------------------------X

Upon the motion of NEIL E. MCDONELL, attorney for Fifth-Party Defendant Enclos

Corporation ("Enclos") and the Affidavit of Neil E. McDonell in Support of Motion to Admit

Pro Hac Vice;

**IT IS HEREBY ORDERED** that

    Steven J. Wells
    Dorsey & Whitney LLP
    50 South Sixth Street
    Suite 1500
    Minneapolis, MN 55402-1498
    Telephone: (612) 340-2600

is admitted to practice pro hac vice as counsel for Enclos in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

2

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August 20, 2008
New York, New York

_____
United States District/Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy ECF and. all parties by fax

3