Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 8/20/08

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                                        Plaintiff,

-against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                                       Defendant.

-------------------------------------------------------------X

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                           Third-Party Plaintiff,

-against-

CAULDWELL WINGATE COMPANY, LLC,

                           Third-Party Defendant.

-------------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

                           Fourth-Party Plaintiff,

-against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

                           Fourth-Party Defendant.

-------------------------------------------------------------X

07-CV-10639 (LAK) (AJP)

ECF CASE

**ORDER FOR ADMISSION PRO
HAC VICE OF ERIC A. O.
RUZICKA ON WRITTEN
MOTION**

Caption continued on the next page

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                Fifth-Party Plaintiff,

            -against-

A.  WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CAN SURETY CORPORATION D/B/A/ AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAD, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OVEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWING STAGE DIVISION,

                Fifth-Party Defendants.
----------------------------------------------------------X

Upon the motion of NEIL E. MCDONELL, attorney for Fifth-Party Defendant Enclos Corporation ("Enclos") and the Affidavit of Neil E. McDonell in Support of Motion to Admit Pro Hac Vice;

**IT IS HEREBY ORDERED** that

            Eric A. O. Ruzicka
            Dorsey & Whitney LLP
            50 South Sixth Street
            Suite 1500
            Minneapolis, MN 55402-1498
            Telephone: (612) 340-2600

is admitted to practice pro hac vice as counsel for Enclos in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August __, 2008
        New York, New York

_____
United States ~~District~~/Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy ECF to: All Counsel
                    Judge Kaplan

3