UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES,
INC.,

                        Plaintiff,

    - against -

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                        Defendant.
------------------------------------- x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                        Third-Party Plaintiff,

    - against -

CAULDWELL WINGATE COMPANY, LLC,

                        Third-Party Defendant.
------------------------------------- x
CAULDWELL WINGATE COMPANY, LLC,

                        Fourth-Party Plaintiff,

    - against -

DORMITORY AUTHORITY OF THE STATE OF NEW
YORK,

                        Fourth-Party Defendant.
------------------------------------- x

Caption continued on the next page

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/20/08

07-CV-10639(LAK)(AJP)

STIPULATION EXTENDING
FIFTH-PARTY DEFENDANT
HERITAGE AIR SYSTEMS,
INC.'S TIME TO RESPOND
TO THE FIFTH-PARTY
COMPLAINT

------------------------------------------x
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                              Fifth-Party Plaintiff,

    - against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                              Fifth-Party Defendants.
------------------------------------------x

      IT IS HEREBY SIPULATED AND AGREED by and between Fifth-Party Plaintiff Dormitory Authority of the State of New York and Fifth-Party Defendant Heritage Air Systems, Inc., through their undersigned counsel, that Fifth-Party Defendant Heritage Air Systems, Inc.'s time to answer, move or otherwise respond to the Fifth-Party Complaint is extended to and including September 4, 2008.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and by electronic or facsimile transmission, that such signatures shall be deemed original signatures, and that same may be filed with the Court.

SO ORDERED:

*[signature]*
Hon. Andrew J. Peck
United States Magistrate Judge

*[handwritten notes: "4\} ETF", additional signature marks]*

2

Dated: August 8, 2008

| | |
|---|---|
| MICHAEL A. CARDOZO<br>CORPORATION COUNSEL OF THE<br>CITY OF NEW YORK<br><br>By: _/s/ Edwin M. Levy_<br>Edwin M. Levy (EL-7792)<br>100 Church Street<br>New York, NY 10007<br>(212) 788-1185<br>Attorney for Fifth-Party Plaintiff | MURTAGH, COHEN & BYRNE<br><br><br><br>By: _/s/ Edward T. Byrne_<br>Edward T. Byrne (EB-8520)<br>100 North Park Avenue<br>Rockville Centre, NY 11570<br>(516) 766-3200<br>Attorneys for Fifth-Park Defendant<br>Heritage Air Systems, Inc. |

SO ORDERED

_____
U.S.M.J.

3