```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------- x         ELECTRONICALLY FILED
                                                DOC# _____
WILLIAM A. GROSS CONSTRUCTION         :         DATE FILED: _____
ASSOCIATES, INC.,
                                      :
              Plaintiff,                        07 Civ. 10639 (LAK) (AJP)
                                      :
         -against-                              SCHEDULING ORDER
                                      :
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,                    :

              Defendant.              :

------------------------------------- x
```

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED THAT:

1. The deadline for completion of document discovery (party and non-party) and other paper discovery (interrogatories and requests for admissions) is December 31, 2008.

2. All fact discovery including all fact depositions are to be completed by May 29, 2009.

3. The Court will set deadlines for expert discovery at a subsequent time.

SO ORDERED.

Dated:   New York, New York
         August 20, 2008

                                           _____
                                           Andrew J. Peck
                                           United States Magistrate Judge

Copies by ECF to:   All Counsel
                    Judge Lewis A. Kaplan

C:\OPIN\