TUNSTEAD & SCHECHTER
500 North Broadway, Ste. 101
Jericho, New York 11753
(516) 822-4400
By:   Marvin Schechter, Esq. (MS0206)
      Frank P. Ribaudo, Esq. (FR6019)
*Attorneys for Fifth-Party Defendant*
*Aspro Mechanical Contracting, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                                              Plaintiff,

        -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                                              Defendant.
-----------------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                              Third-Party Plaintiff,
        -against-

CAULDWELL WINGATE COMPANY, LLC,

                              Third-Party Plaintiff.
-----------------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                              Fourth-Party Plaintiff,
        -against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                              Fourth-Party Defendant.
-----------------------------------------------------------------------X

**Case No.:**
**07-CV-10639(LAK)(AP)**

**FIFTH-PARTY DEFENDANT ASPRO MECHANICAL CONTRACTORS, INC. INITIAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Caption continued on the next page

-------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                                        Fifth-Party Plaintiff,

          -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC. ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK., INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC. RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                                       Fifth-Party Defendants.
-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fifth-Party Defendant Aspro Mechanical Contracting, Inc., mistakenly sued herein as Aspro Mechanical Contractors, Inc. ("Aspro") certifies that Aspro is a privately-held corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:   Jericho, New York
           September 2, 2008

                                       TUNSTEAD & SCHECHTER
                                       *Attorneys for Fifth-Party Defendant Aspro Mechanical*

                                       By: _____
                                         Marvin Schechter, Esq (MS0206)
                                         Frank P. Ribaudo, Esq. (FR6019)
                                         500 North Broadway, Ste. 101
                                         Jericho, New York 11753
                                         (516) 822-4400