TUNSTEAD & SCHECHTER
500 North Broadway, Ste. 101
Jericho, New York 11753
(516) 822-4400
By:  Marvin Schechter, Esq. (MS0206)
      Frank P. Ribaudo, Esq. (FR6019)
*Attorneys for Fifth-Party Defendant*
*Hugh O'Kane Electric Co., Inc.*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                                   Plaintiff,
      -against-

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                                   Defendant.
------------------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                           Third-Party Plaintiff,
      -against-

CAULDWELL WINGATE COMPANY, LLC,

                           Third-Party Plaintiff.
------------------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                           Fourth-Party Plaintiff,
      -against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                           Fourth-Party Defendant.
------------------------------------------------------------------------X

**Case No.:**
**07-CV-10639(LAK)(AP)**

**FIFTH-PARTY DEFENDANT HUGH O'KANE ELECTRIC CO., LLC INITIAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Caption continued on the next page

```
-----------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK,

                                    Fifth-Party Plaintiff,

        -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CNA SURETY
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC. ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK., INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC
CO., LLC, MATERIALS TESTING LAB, INC.,
PYRAMID FIRE PROTECTION, INC. RAFAEL
VINOLY ARCHITECTS P.C., SMI-OWEN STEEL
COMPANY, INC., STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,
                                    Fifth-Party Defendants.
-----------------------------------------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fifth-Party Defendant O'Kane Electric Co., Inc. as successor in interest to O'Kane Electric Co., LLC ("O'Kane") certifies that O'Kane is a privately-held corporation and is 100% owned by Lexent, Inc. a Delaware Corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:   Jericho, New York
         September 2, 2008

                                    TUNSTEAD & SCHECHTER
                                    *Attorneys for Fifth-Party Defendant O'Kane Electric*

                                    By: _____
                                    Marvin Schechter, Esq (MS0206)
                                    Frank P. Ribaudo, Esq. (FR6019)
                                    500 North Broadway, Ste. 101
                                    Jericho, New York 11753
                                    (516) 822-4400