## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**Theresa Esposito**, being duly sworn, deposes and says that I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

That on the 28th day of August, 2008, deponent served the within **ANSWER TO FIFTH PARTY COMPLAINT BY THE FIFTH PARTY DEFENDANT, PYRAMID FIRE PROTECTION, INC.** upon

**MICHAEL A. CARDOZO**
Corporation Counsel for the
City of New York
Attorneys for Fourth Party Defendant/Fifth Party Plaintiff
**DORMITORY AUTHORITY OF THE**
**STATE OF NEW YORK**
100 Church Street, Room 3-241
New York, New York 10007
(212) 788-1185

the address designated by said attorneys for that purpose by depositing a true copy of the within documents in a post paid wrapper in a Post Office Box regularly maintained by the United States Government at Mineola, County of Nassau, State of New York.

_____
**Theresa Esposito**

Sworn to before me this
28th day of August, 2008

_____
Notary Public

**MICHAEL A. CARDOZO**
Corporation Counsel for the
City of New York
100 Church Street, Room 3-241
New York, New York 10007

**ALBERT BROZEK**
75-11 C Rockaway Boulevard
Woodhaven, New York 11421

ELITE CONSTRUCTION OF NY, INC.,
75-11 C Rockaway Blvd.
Woodhaven, New York 11421