UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,   07-CV-10639 (LAK)(AJP)

                             Plaintiff,   **RULE 7.1 STATEMENT OF RAFAEL VINOLY ARCHITECTS, P.C.**

       - against -

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                             Defendant.
------------------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                             Third-Party Plaintiff,

       -against-

CAULDWELL WINGATE COMPANY, LLC,

                             Third-Party Defendant.
------------------------------------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC,

                             Fourth-Party Plaintiff,

       -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

                             Fourth-Party Defendant.
------------------------------------------------------------------------x

Caption continued on next page.

------------------------------------------------------------------------x
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

          Fourth-Party Plaintiff,

  -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEUBOIS CANADA, INC.
BOVIS LEND LEASE LMB, INC., CNA SURETY
CORPORATION d/b/a AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC., HERITAGE AIR
SYSTEMS, INC. HUGH O'KANE ELECTROC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID FIRE
PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS, P.C., SMI-OWEN STEEL
COMPANY, INC. STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

          Fifth Party Defendants.
------------------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Rafael Vinoly Architects, P.C. hereby certify that Rafael Vinoly Architects, P.C. is a professional corporation organized and existing under the laws of the State of New York, that Rafael Vinoly Architects, P.C. does not have any corporate parents, and that no publicly held corporation owns ten percent or more of stock in Rafael Vinoly Architects, P.C..

Dated: White Plains, New York
September 3, 2008

                **MILBER MAKRIS PLOUSADIS**
                  **& SEIDEN, LLP**

           By: _S/_____
               Mark Seiden (MS-0602)
               Leonardo D'Alessandro (LD-0648)
               Attorneys for Fifth-Party Defendant
                 Rafael Vinoly Architects, P.C.
               3 Barker Avenue, 6th Floor
               White Plains, New York 10601
               (914) 681-8700