UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES,
INC.,

                                Plaintiff,

            - against -

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                                Defendant.
-------------------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                       Third-Party Plaintiff,

           -against-

CAULDWELL WINGATE COMPANY, LLC,

                      Third-Party Defendant.
-------------------------------------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC,

                      Fourth-Party Plaintiff,

           -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

                      Fourth-Party Defendant.
-------------------------------------------------------------------------x

Caption continued on next page.

07-CV-10639 (LAK)(AJP)

**ANSWER OF FIFTH-
PARTY DEFENDANT
RAFAEL VINOLY
<u>ARCHITECTS, P.C.</u>**

**JURY TRIAL DEMANDED**

```
-------------------------------------------------------------------------x
```
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

                              Fourth-Party Plaintiff,

          -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEUBOIS CANADA, INC.
BOVIS LEND LEASE LMB, INC., CNA SURETY
CORPORATION d/b/a AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC., HERITAGE AIR
SYSTEMS, INC. HUGH O'KANE ELECTROC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID FIRE
PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS, P.C., SMI-OWEN STEEL
COMPANY, INC. STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

                              Fifth Party Defendants.
```
-------------------------------------------------------------------------x
```

          Fifth-Party Defendant RAFAEL VINOLY ARCHITECTS, P.C., ("RVA") by its attorneys,

Milber Makris Plousadis & Seiden, L.L.P., answers the Fifth-Party Complaint of DORMITORY

AUTHORITY OF THE STATE OF NEW YORK, upon information and belief, as follows:

          1.          Denies the truth of those allegations in paragraph "1" of the Fifth-Party Complaint

that pertain to RVA and denies having knowledge or information sufficient to form a belief as to the

truth of the remaining allegations.

          2.          Denies the truth of those allegations in paragraph "2" of the Fifth-Party Complaint

that pertain to RVA and denies having knowledge or information sufficient to form a belief as to the

truth of the remaining allegations.

3.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "3" of the Fifth-Party Complaint and respectfully refers all questions of law to this Court.

4.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4" of the Fifth-Party Complaint and respectfully refers all questions of law to this Court.

5.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5" of the Fifth-Party Complaint.

6.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of the Fifth-Party Complaint.

7.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "7" of the Fifth-Party Complaint.

8.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "8" of the Fifth-Party Complaint.

9.      Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9" of the Fifth-Party Complaint.

10.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "10" of the Fifth-Party Complaint.

11.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "11" of the Fifth-Party Complaint.

12.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "12" of the Fifth-Party Complaint.

13.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "13" of the Fifth-Party Complaint.

14.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "14" of the Fifth-Party Complaint.

15.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "15" of the Fifth-Party Complaint.

16.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "16" of the Fifth-Party Complaint.

17.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "17" of the Fifth-Party Complaint.

18.     Admits the allegations contained in paragraph "18" of the Fifth-Party Complaint.

19.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "19" of the Fifth-Party Complaint.

20.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "20" of the Fifth-Party Complaint.

21.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "21" of the Fifth-Party Complaint.

22.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "22" of the Fifth-Party Complaint.

23.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "23" of the Fifth-Party Complaint.

24.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "24" of the Fifth-Party Complaint.

25.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25" of the Fifth-Party Complaint.

26.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "26" of the Fifth-Party Complaint.

27.     Denies the allegations contained in paragraph "27" of the Fifth-Party Complaint, except admits that the City of New York contracted with a joint venture to provide certain professional services in connection with the design of the Bronx County Criminal Courthouse ("the Project") and that RVA is a principal in that joint venture.

28.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "28" of the Fifth-Party Complaint.

29.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "29" of the Fifth-Party Complaint.

30.     Denies the allegations contained in paragraph "30" of the Fifth-Party Complaint except admits that RVA was a principal in a joint venture that entered into a contract with the City of New York under which it agreed, *inter alia*, to provide certain professional services for the Project, that the contract amount was from time to time adjusted and that, upon information and belief, the City of New York subsequently assigned the contract to the Dormitory Authority of the State of New York.

31.     Denies the allegations contained in paragraph "31" of the Fifth-Party Complaint.

32.     Denies the allegations contained in paragraph "32" of the Fifth-Party Complaint.

33.     Denies the allegations contained in paragraph "33" of the Fifth-Party Complaint.

34.     Denies the allegations contained in paragraph "34" of the Fifth-Party Complaint.

35.     Denies the allegations contained in paragraph "35" of the Fifth-Party Complaint.

36.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "36" of the Fifth-Party Complaint.

37.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "37" of the Fifth-Party Complaint.

38.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "38" of the Fifth-Party Complaint.

39.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "39" of the Fifth-Party Complaint.

40.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "40" of the Fifth-Party Complaint.

41.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "41" of the Fifth-Party Complaint.

42.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "42" of the Fifth-Party Complaint.

43.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "43" of the Fifth-Party Complaint.

44.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "44" of the Fifth-Party Complaint.

45.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "45" of the Fifth-Party Complaint.

46.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "46" of the Fifth-Party Complaint.

47.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "47" of the Fifth-Party Complaint.

48.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "48" of the Fifth-Party Complaint.

49.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "49" of the Fifth-Party Complaint.

50.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "50" of the Fifth-Party Complaint.

51.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "51" of the Fifth-Party Complaint.

52.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "52" of the Fifth-Party Complaint.

53.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "53" of the Fifth-Party Complaint.

54.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "54" of the Fifth-Party Complaint.

55.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "55" of the Fifth-Party Complaint.

56.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "56" of the Fifth-Party Complaint.

57.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "57" of the Fifth-Party Complaint.

58.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "58" of the Fifth-Party Complaint.

59.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "59" of the Fifth-Party Complaint.

60.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "60" of the Fifth-Party Complaint.

61.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "61" of the Fifth-Party Complaint.

62.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "62" of the Fifth-Party Complaint.

63.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "63" of the Fifth-Party Complaint.

64.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "64" of the Fifth-Party Complaint.

65.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "65" of the Fifth-Party Complaint.

66.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "66" of the Fifth-Party Complaint.

67.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "67" of the Fifth-Party Complaint.

68.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "68" of the Fifth-Party Complaint.

69.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "69" of the Fifth-Party Complaint.

70.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "70" of the Fifth-Party Complaint.

71.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "71" of the Fifth-Party Complaint.

72.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "72" of the Fifth-Party Complaint.

73.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "73" of the Fifth-Party Complaint.

74.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "74" of the Fifth-Party Complaint.

75.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "75" of the Fifth-Party Complaint.

76.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "76" of the Fifth-Party Complaint.

77.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "77" of the Fifth-Party Complaint.

78.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "78" of the Fifth-Party Complaint.

79.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "79" of the Fifth-Party Complaint.

80.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "80" of the Fifth-Party Complaint.

81.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "81" of the Fifth-Party Complaint.

82.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "82" of the Fifth-Party Complaint.

83.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "83" of the Fifth-Party Complaint.

84.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "84" of the Fifth-Party Complaint.

85.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "85" of the Fifth-Party Complaint.

86.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "86" of the Fifth-Party Complaint.

87.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "87" of the Fifth-Party Complaint.

88.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "88" of the Fifth-Party Complaint.

89.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "89" of the Fifth-Party Complaint.

90.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "90" of the Fifth-Party Complaint.

91.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "91" of the Fifth-Party Complaint.

92.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "92" of the Fifth-Party Complaint.

93.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "93" of the Fifth-Party Complaint.

94.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "94" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE FIRST CLAIM FOR RELIEF AGAINST DEFENDANT WILLIAMS

95.     RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "94" above as though herein fully set forth.

96.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "96" of the Fifth-Party Complaint.

97.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "97" of the Fifth-Party Complaint.

98.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "98" of the Fifth-Party Complaint.

99.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "99" of the Fifth-Party Complaint.

100.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "100" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE SECOND CLAIM FOR RELIEF AGAINST DEFENDANT WILLIAMS

101.    RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "100" above as though herein fully set forth.

102.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "102" of the Fifth-Party Complaint.

103.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "103" of the Fifth-Party Complaint.

104.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "104" of the Fifth-Party Complaint.

105.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "105" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRD CLAIM FOR RELIEF AGAINST DEFENDANT WILLIAMS

106.    RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "105" above as though herein fully set forth.

107.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "107" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE FOURTH CLAIM FOR RELIEF AGAINST DEFENDANT ASPRO

108.    RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "107" above as though herein fully set forth.

109.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "109" of the Fifth-Party Complaint.

110.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "110" of the Fifth-Party Complaint.

111.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "111" of the Fifth-Party Complaint.

112.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "112" of the Fifth-Party Complaint.

113.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "113" of the Fifth-Party Complaint.

114.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "114" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE FIFTH CLAIM FOR RELIEF AGAINST DEFENDANT ASPRO

115.    RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "114" above as though herein fully set forth.

116.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "116" of the Fifth-Party Complaint.

117.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "117" of the Fifth-Party Complaint.

118.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "118" of the Fifth-Party Complaint.

119.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "119" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE SIXTH CLAIM FOR RELIEF AGAINST DEFENDANT ASPRO

120.    RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "119" above as though herein fully set forth.

121.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "121" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE SEVENTH CLAIM FOR RELIEF AGAINST DEFENDANT BEAUBOIS

122.    RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "121" above as though herein fully set forth.

123.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "123" of the Fifth-Party Complaint.

124.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "124" of the Fifth-Party Complaint.

125.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "125" of the Fifth-Party Complaint.

126.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "126" of the Fifth-Party Complaint.

127.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "127" of the Fifth-Party Complaint.

128.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "128" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE EIGHTH CLAIM FOR RELIEF AGAINST DEFENDANT BEAUBOIS

129.    RVA repeats and reiterates the answers to the allegations contained in Paragraphs "1" through "128" above as though herein fully set forth.

130.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "130" of the Fifth-Party Complaint.

131.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "131" of the Fifth-Party Complaint.

132.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "132" of the Fifth-Party Complaint.

133.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "133" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE NINTH CLAIM FOR RELIEF AGAINST DEFENDANT BEAUBOIS

134.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "133" above as though herein fully set forth.

135.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "135" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TENTH CLAIM FOR RELIEF AGAINST DEFENDANT DIERKS

136.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "135" of the Fifth-Party Complaint.

137.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "137" of the Fifth-Party Complaint.

138.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "138" of the Fifth-Party Complaint.

139.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "139" of the Fifth-Party Complaint.

140.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "140" of the Fifth-Party Complaint.

141.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "141" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE ELEVENTH CLAIM FOR RELIEF AGAINST DEFENDANT DIERKS

142.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "141" above as though herein fully set forth.

143.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "143" of the Fifth-Party Complaint.

144.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "144" of the Fifth-Party Complaint.

145.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "145" of the Fifth-Party Complaint.

146.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "146" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWELFTH CLAIM FOR RELIEF AGAINST DEFENDANT DIERKS

147.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "146" above as though herein fully set forth.

148.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "148" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTEENTH CLAIM FOR RELIEF AGAINST DEFENDANT ENCLOS

149.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "148" above as though herein fully set forth.

150.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "150" of the Fifth-Party Complaint.

151.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "151" of the Fifth-Party Complaint.

152.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "152" of the Fifth-Party Complaint.

153.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "153" of the Fifth-Party Complaint.

154.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "154" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE FOURTEENTH CLAIM FOR RELIEF AGAINST DEFENDANT ENCLOS

155.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "154" above as though herein fully set forth.

156.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "156" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE FIFTEENTH CLAIM FOR RELIEF AGAINST DEFENDANT FIVE STAR

157.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "156" above as though herein fully set forth.

158.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "158" of the Fifth-Party Complaint.

159.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "159" of the Fifth-Party Complaint.

160.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "160" of the Fifth-Party Complaint.

161.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "161" of the Fifth-Party Complaint.

162.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "162" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE SIXTEENTH CLAIM FOR RELIEF AGAINST DEFENDANT FIVE STAR

163.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "162" above as though herein fully set forth.

164.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "164" of the Fifth-Party Complaint.

165.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "165" of the Fifth-Party Complaint.

166.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "166" of the Fifth-Party Complaint.

167.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "167" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE SEVENTEENTH CLAIM FOR RELIEF AGAINST DEFENDANT FIVE STAR

168.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "167" above as though herein fully set forth.

169.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "169" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE EIGHTEENTH CLAIM FOR RELIEF AGAINST DEFENDANT HERITAGE

170.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "169" above as though herein fully set forth.

171.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "171" of the Fifth-Party Complaint.

172.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "172" of the Fifth-Party Complaint.

173.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "173" of the Fifth-Party Complaint.

174.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "174" of the Fifth-Party Complaint.

175.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "175" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE NINTEENTH CLAIM FOR RELIEF AGAINST DEFENDANT HERITAGE

176.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "175" above as though herein fully set forth.

177.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "177" of the Fifth-Party Complaint.

178.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "178" of the Fifth-Party Complaint.

179.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "179" of the Fifth-Party Complaint.

180.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "180" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTIETH CLAIM FOR RELIEF AGAINST DEFENDANT HERITAGE

181.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "180" above as though herein fully set forth.

182.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "182" of the Fifth-Party Complaint.

### AS AND FOR AN ANSWER TO THE TWENTY-FIRST CLAIM FOR RELIEF AGAINST DEFENDANT O'KANE

183.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "182" above as though herein fully set forth.

184.    Denies having knowledge or Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "184" of the Fifth-Party Complaint.

185.    Denies having knowledge or Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "185" of the Fifth-Party Complaint.

186.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "186" of the Fifth-Party Complaint.

187.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "187" of the Fifth-Party Complaint.

188.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "188" of the Fifth-Party Complaint.

### AS AND FOR AN ANSWER TO THE TWENTY-SECOND CLAIM FOR RELIEF AGAINST DEFENDANT O'KANE

189.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "188" above as though herein fully set forth.

190.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "190" of the Fifth-Party Complaint.

191.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "191" of the Fifth-Party Complaint.

192.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "192" of the Fifth-Party Complaint.

193.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "193" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-THIRD CLAIM FOR RELIEF AGAINST DEFENDANT O'KANE

194.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "193" above as though herein fully set forth.

195.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "195" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-FOURTH CLAIM FOR RELIEF AGAINST DEFENDANT PYRAMID

196.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "195" above as though herein fully set forth.

197.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "197" of the Fifth-Party Complaint.

198.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "198" of the Fifth-Party Complaint.

199.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "199" of the Fifth-Party Complaint.

200.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "200" of the Fifth-Party Complaint.

201.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "201" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-FIFTH CLAIM FOR RELIEF
## AGAINST DEFENDANT PYRAMID

202.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "201" above as though herein fully set forth.

203.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203" of the Fifth-Party Complaint.

204.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "204" of the Fifth-Party Complaint.

205.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "205" of the Fifth-Party Complaint.

206.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "206" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-SIXTH CLAIM FOR RELIEF
## AGAINST DEFENDANT PYRAMID

207.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "206" above as though herein fully set forth.

208.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "208" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-SEVENTH CLAIM FOR RELIEF
## AGAINST DEFENDANT SMI-OWEN

209.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "208" above as though herein fully set forth.

210.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "210" of the Fifth-Party Complaint.

211.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "211" of the Fifth-Party Complaint.

212.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "212" of the Fifth-Party Complaint.

213.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "213" of the Fifth-Party Complaint.

214.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "214" of the Fifth-Party Complaint.

215.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "215" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-EIGHTH CLAIM FOR RELIEF AGAINST DEFENDANT SMI-OWEN

216.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "215" above as though herein fully set forth.

217.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "217" of the Fifth-Party Complaint.

218.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "218" of the Fifth-Party Complaint.

219.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "219" of the Fifth-Party Complaint.

220.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "220" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE TWENTY-NINTH CLAIM FOR RELIEF AGAINST DEFENDANT SMI-OWEN

221.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "220" above as though herein fully set forth.

222.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "222" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTIETH CLAIM FOR RELIEF AGAINST DEFENDANT CNA

223.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "222" above as though herein fully set forth.

224.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "224" of the Fifth-Party Complaint.

225.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "225" of the Fifth-Party Complaint.

226.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "226" of the Fifth-Party Complaint.

227.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "227" of the Fifth-Party Complaint.

228.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "228" of the Fifth-Party Complaint.

229.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "229" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-FIRST CLAIM FOR RELIEF AGAINST DEFENDANT CNA

230.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "229" above as though herein fully set forth.

231.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "231" of the Fifth-Party Complaint.

232.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "232" of the Fifth-Party Complaint.

233.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "233" of the Fifth-Party Complaint.

234.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "234" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-SECOND CLAIM FOR RELIEF AGAINST DEFENDANT CNA

235.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "234" above as though herein fully set forth.

236.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "236" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-THIRD CLAIM FOR RELIEF AGAINST DEFENDANT STONEWALL

237.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "236" above as though herein fully set forth.

238.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "238" of the Fifth-Party Complaint.

239.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "239" of the Fifth-Party Complaint.

240.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "240" of the Fifth-Party Complaint.

241.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "241" of the Fifth-Party Complaint.

242.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "242" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-FOURTH CLAIM FOR RELIEF AGAINST DEFENDANT STONEWALL

243.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "242" above as though herein fully set forth.

244.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "244" of the Fifth-Party Complaint.

245.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "245" of the Fifth-Party Complaint.

246.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "246" of the Fifth-Party Complaint.

247.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "247" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-FIFTH CLAIM FOR RELIEF AGAINST DEFENDANT STONEWALL

248.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "247" above as though herein fully set forth.

249.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "249" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-SIXTH CLAIM FOR RELIEF AGAINST DEFENDANT TRACTEL

250.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "249" above as though herein fully set forth.

251.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "251" of the Fifth-Party Complaint.

252.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "252" of the Fifth-Party Complaint.

253.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "253" of the Fifth-Party Complaint.

254.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "254" of the Fifth-Party Complaint.

255.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "255" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-SEVENTH CLAIM FOR RELIEF AGAINST DEFENDANT TRACTEL

256.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "255" above as though herein fully set forth.

257.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "257" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-EIGHTH CLAIM FOR RELIEF AGAINST DEFENDANT RVA

258.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "257" above as though herein fully set forth.

259.    Denies the truth of the allegations contained in paragraph "259" of the Fifth-Party Complaint, except that a joint venture in which RVA was a member retained subconsultants in connection with the Project.

260.    Denies the truth of the allegations contained in paragraph "260" of the Fifth-Party Complaint.

261.    Denies the truth of the allegations contained in paragraph "261" of the Fifth-Party Complaint.

262.    Denies the truth of the allegations contained in paragraph "262" of the Fifth-Party Complaint.

263.    Denies the truth of the allegations contained in paragraph "263" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE THIRTY-NINTH CLAIM FOR RELIEF AGAINST DEFENDANT RVA

264.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "263" above as though herein fully set forth.

265.    Denies the truth of the allegations contained in paragraph "265" of the Fifth-Party Complaint.

266.    Denies the truth of the allegations contained in paragraph "266" of the Fifth-Party Complaint.

267.    Denies the truth of the allegations contained in paragraph "267" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE FORTIETH CLAIM FOR RELIEF AGAINST DEFENDANT RVA

268.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "267" above as though herein fully set forth.

269.    Denies the truth of the allegations contained in paragraph "269" of the Fifth-Party Complaint.

## <u>AS AND FOR AN ANSWER TO THE FORTY-FIRST CLAIM FOR RELIEF AGAINST DEFENDANT BOVIS</u>

270.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "269" above as though herein fully set forth.

271.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "271" of the Fifth-Party Complaint.

272.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "272" of the Fifth-Party Complaint.

273.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "273" of the Fifth-Party Complaint.

274.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "274" of the Fifth-Party Complaint.

275.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "275" of the Fifth-Party Complaint.

276.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "276" of the Fifth-Party Complaint.

## <u>AS AND FOR AN ANSWER TO THE FORTY-SECOND CLAIM FOR RELIEF AGAINST DEFENDANT BOVIS</u>

277.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "276" above as though herein fully set forth.

278.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "278" of the Fifth-Party Complaint.

### AS AND FOR AN ANSWER TO THE FORTY-THIRD CLAIM FOR RELIEF AGAINST DEFENDANT FUTURE TECH

279.     RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "278" above as though herein fully set forth.

280.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "280" of the Fifth-Party Complaint.

281.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "281" of the Fifth-Party Complaint.

282.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "282" of the Fifth-Party Complaint.

283.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "283" of the Fifth-Party Complaint.

### AS AND FOR AN ANSWER TO THE FORTY-FOURTH CLAIM FOR RELIEF AGAINST DEFENDANT FUTURE TECH

284.     RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "283" above as though herein fully set forth.

285.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "285" of the Fifth-Party Complaint.

### AS AND FOR AN ANSWER TO THE FORTY-FIFTH CLAIM FOR RELIEF AGAINST DEFENDANT MTL

286.     RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "285" above as though herein fully set forth.

287.     Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "287" of the Fifth-Party Complaint.

288.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "288" of the Fifth-Party Complaint.

289.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "289" of the Fifth-Party Complaint.

## AS AND FOR AN ANSWER TO THE FORTY-SIXTH CLAIM FOR RELIEF AGAINST DEFENDANT MTL

290.    RVA repeats and reiterate the answers to the allegations contained in Paragraphs "1" through "289" above as though herein fully set forth.

291.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "291" of the Fifth-Party Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

292.    The Fifth-Party Complaint fails to state a cause of action against RVA as principal of a joint venture.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

293.    The Fifth-Party Complaint fails to state a cause of action against RVA upon which relief can be granted.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

294.    Plaintiff has failed to join parties necessary to afford complete relief for the damages alleged.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

295.    All injuries or damages allegedly sustained by Plaintiff, if any, were caused in whole or in part by the culpable conduct, negligence, carelessness or lack of care on the part Plaintiff and any recovery against RVA shall be diminished in proportion to Plaintiff's relative wrongdoing, fault, misfeasance, malfeasance, failure to exercise due care and/or other culpable conduct.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

296.    Plaintiff's claims are barred by the applicable statute of limitations, laches or other limitations periods.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

297.    The liability of RVA, if any, to Plaintiff is limited to its equitable share to be determined in accordance with the relative culpability of all parties contributing to the alleged losses sustained, including parties not currently parties to this action.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

298.    The verified complaint is barred and should be dismissed by virtue of Plaintiff's failure to take reasonable steps to mitigate any damages.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

299.    All injuries or damages allegedly sustained by Plaintiff, if any, as alleged in the complaint were caused in whole or in part by third parties over whom RVA exercised no supervision, direction, control or responsibility.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

300.    All work performed by RVA was in accordance with the applicable custom and standard in the industry at all relevant times.

## AS AND FOR AN TENTH AFFIRMATIVE DEFENSE

301.    Any recovery had by Plaintiff against RVA shall be offset by any collateral source payments received by Plaintiff.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

302.    Plaintiffs assumed any and all risks incumbent upon adopting the systems installed.

## AS AND FOR A TWELVTH AFFIRMATIVE DEFENSE

303.    Fifth-Party Plaintiff is not entitled to recover by reason of its failure to take reasonable

steps to mitigate their damages, if any.

## AS AND FOR AN THIRTEENTH AFFIRMATIVE DEFENSE

304.    Fifth-Party Plaintiff's claims must be dismissed by the doctrines of avoidable

consequences, waiver, estoppel and/or laches.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

305.    RVA is not a proper party to this action.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

306.    There exists no proximate causation between any alleged acts or breach of duty by

RVA and Fifth-Party Plaintiff's alleged damages.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

307.    RVA did not have control or charge of and was not responsible for construction

means, methods, techniques or procedures or for the acts or omissions of the contractor(s) or the

failure of contractor(s) to carry out the work in performing work at the Project.

## AS AND FOR A FIRST CROSSCLAIM AGAINST WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC., AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, CAULDWELL WINGATE COMPANY, LLC, A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION d/b/a AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH  CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC. HUGH O'KANE ELECTROC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., SMI-OWEN STEEL COMPANY, INC. STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION, TO WHICH AN ANSWER IS DEMANDED

308.    If the Fifth-Party Plaintiff sustained damages as alleged in the Fifth-Party Complaint

by reason other than the Fifth-Party Plaintiff's careless, reckless, negligent and/or acts of omission or

commission, and/or if it is found that Fifth-Party Plaintiff is liable to any party to this action, all of which is specifically denied, then RVA is entitled to contractual and common law indemnification from the aforementioned parties based upon the careless, reckless, negligent, acts of omission or commission and/or breach of contract and/or breach of statute and/or gross negligence of the said parties.

**AS AND FOR A SECOND CROSSCLAIM AGAINST WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC., AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, CAULDWELL WINGATE COMPANY, LLC, A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION d/b/a AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH  CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC. HUGH O'KANE ELECTROC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., SMI-OWEN STEEL COMPANY, INC. STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,
FOR WHICH AN ANSWER IS DEMANDED**

309.    If it is found that RVA is liable to any parties herein, all of which is specifically denied, then by reason of the foregoing, the aforementioned parties shall be liable to RVA for contribution and indemnification on the basis of apportionment of responsibility for the alleged occurrence, and to pay for all or a part of any verdict or judgment against RVA.

**JURY DEMAND**

RVA hereby demands trial by jury.

WHEREFORE, Fifth-Party Defendant RAFAEL VINOLY ARCHITECTS, P.C.

demands judgment:

(A)    Dismissing the Fifth-Party Complaint or, alternatively,;

(B)    Awarding it Judgment in its favor on its Cross-Claims;

(C)    Awarding it the costs and disbursements of this action; and

(D)    Awarding it such other and further relief that this Court may deem just and proper.

Dated: White Plains, New York
        September , 2008

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

By:    ___S/_____

Mark Seiden (MS-0602)
Leonardo D'Alessandro (LD-0648)
Attorneys for Fifth-Party Defendant
  Rafael Vinoly Architects, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700