UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,   07-CV-10639 (LAK)(AJP)

        Plaintiff,

   - against -   **CERTIFICATE OF SERVICE**

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

        Defendant.
------------------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

        Third-Party Plaintiff,

   -against-

CAULDWELL WINGATE COMPANY, LLC,

        Third-Party Defendant.
------------------------------------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC,

        Fourth-Party Plaintiff,

   -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

        Fourth-Party Defendant.
------------------------------------------------------------------------x

Caption continued on next page.

------------------------------------------------------------------------x
DORMITORY AUTHORITY OF THE STATE OF
NEW YORK

        Fourth-Party Plaintiff,

  -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEUBOIS CANADA, INC.
BOVIS LEND LEASE LMB, INC., CNA SURETY
CORPORATION d/b/a AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC., HERITAGE AIR
SYSTEMS, INC. HUGH O'KANE ELECTROC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID FIRE
PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS, P.C., SMI-OWEN STEEL
COMPANY, INC. STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

        Fifth Party Defendants.
------------------------------------------------------------------------x

  Please take notice that on September 3, 2008, a true copy of the Answer and Jury Demand of Fifth Part Defendant Rafael Vinoly Architects, P.C., together with its Rule 7.1 Statement, were filed with the Clerk of the Court and filed upon all counsel appearing in the captioned action in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Rule on Electronic Service.

               **MILBER MAKRIS PLOUSADIS**
                **& SEIDEN, LLP**

        By: ___S/_____
           Mark Seiden (MS-0602)
           Leonardo D'Alessandro (LD-0648)
           Attorneys for Fifth-Party Defendant
            Rafael Vinoly Architects, P.C.
           3 Barker Avenue, 6th Floor
           White Plains, New York 10601
           (914) 681-8700