UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES,
INC.,

                                 Plaintiff,

        -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Defendant.
--------------------------------------------------------------- x

            And other actions.

--------------------------------------------------------------- x

07-CV-10639 (LAK)(AJP)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___9/3/08___

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective parties hereto, that Fourth-Party Defendant and Fifth-Party Plaintiff Dormitory Authority of the State of New York's ("DASNY") time to respond to the Counterclaims of Fifth-Party Defendant Enclos Corporation is extended to and including September 9, 2008.

Dated:       New York, New York
               September 2, 2008

DORSEY & WHITNEY, LLP
Attorneys for Enclos Corporation
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

By: _____
      ERIC RUZICKA, ESQ.

SO ORDERED:
_____ 9/3/08
ANDREW J. PECK, U.S.M.J.

    HON. ANDREW J. PECK
    United States Magistrate Judge
    Southern District of New York

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Dormitory Authority of the
   State of New York
100 Church Street, Room 3-241
New York, NY 10007
(212) 788-1185

By: _____
    EDWIN M. LEVY
    Assistant Corporation Counsel

07-CV-10639 (LAK) (AJP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

Plaintiff,

- against -

AMERICAN MANUFACTURER'S MUTUAL
INSURANCE COMPANY,

Defendant.

And Other Actions.

**STIPULATION**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Fourth-Party Defendant DASNY*
*100 Church Street, Room 3-122*
*New York, N.Y. 10007*

*Of Counsel: Edwin M. Levy*
*Tel: (212)788-1185*

*LM No. 2007-038373*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................, 200......*

*.................................................................................. Esq.*

*Attorney for.....................................................................*