USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/3/08

LAW OFFICES

# ARTHUR J. SEMETIS, P.C.

286 MADISON AVENUE
14th FLOOR
NEW YORK, NY 10017

MEMO ENDORSED

(212) 557-5455
Fax: (212) 557-5051

RECEIVED
SEP 03 2008
CHAMBERS OF
ANDREW J. PECK

ARTHUR J. SEMETIS
E-Mail: asemetis@semetislaw.com

OF COUNSEL:
- MICHAEL J. McDERMOTT
- SHANNON P. GALLAGHER
- CONSTANTINE T. TZIFAS

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in counsel's case file. Do not fax or mail such verification to Chambers.

September 3, 2008

**Fax (212) 805-7933 and Mail**

Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED 9/3/08
GRANTED - BUT THE COURTESY COPIES TO ME & JUDGE KAPLAN SHOULD INCLUDE COPIES OF ALL PLEADINGS REFERRED TO IN THE MOTION.

SO ORDERED:
Hon. Andrew J. Peck
United States Magistrate Judge

Re: **William A. Gross Construction Associates, Inc. v. American Manufacturers Mutual Insurance Company 07-CV-10639 (LAK) (AJP) and related actions**

BY FAX

Dear Magistrate Judge Peck:

We represent Fifth Party Defendant Bovis Lend Lease LMB, Inc. ("Bovis") in this action.

Bovis will be filing a motion to dismiss the Fifth Party Complaint on September 4, 2008 together with its Answer, as directed by the Court. Bovis' motion will make reference to many of the pleadings filed to date. Inasmuch as these pleadings consist of hundreds of pages, and are readily available on ECF, it is respectfully requested that the Court permit Bovis to dispense with the attachment of the referenced pleadings to the actual motion, and merely refer this Court and the parties to the specific pleadings on file with ECF.

Inasmuch as the motion must be filed by September 4, 2008, the Court's attention to this matter is respectfully requested.

Very truly yours,

Arthur J. Semetis

AJS:dd
cc: All Counsel on Attached Service List by e-mail

Joseph Portela, Esq.

LAW OFFICES

# ARTHUR J. SEMETIS, P.C.

286 MADISON AVENUE
14th FLOOR
NEW YORK, NY 10017

(212) 557-5055
Fax: (212) 557-5051

ARTHUR J. SEMETIS
E-Mail: asemetis@semetislaw.com

OF COUNSEL:
- MICHAEL J. McDERMOTT
- SHANNON P. GALLAGHER
- CONSTANTINE T. TZIFAS

## FAX MEMORANDUM

**TO:** Honorable Andrew J. Peck

**FROM:** Arthur J. Semetis, Esq.

**FAX NO.:** (212) 805-7933

**PHONE:**

**DATE:** September 3, 2008

Total No. Pages: 2 Re:

**MESSAGE:**

If you do not receive all of the pages being transmitted, please call us as soon as possible.

Please Note: The information contained in this facsimile is privileged and confidential and is intended only for the use of the individual named above and others who has been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. Thank you.