Mark A. Rosen (MAR-2030)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Fifth Party Defendant,
Stonewall Contracting Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC., | x | 07-CV-10639 (LAK)(AJP) |
| Plaintiff, | | |
| - against - | | |
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, | | **NOTICE OF APPEARANCE** |
| Defendant. | x | |
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, | | |
| Third-Party Plaintiff, | | |
| - against - | | |
| CAULDWELL WINGATE COMPANY, LLC, | | |
| Third-Party Defendant | x | |
| CAULDWELL WINGATE COMPANY, LLC, | | |
| Fourth-Party Plaintiff, | | |
| - against - | | |
| DORMITORY AUTHORITY OF THE STATE OF NEW YORK, | | |
| Fourth-Party Defendant | x | |

------------------------------------------------------------------------

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                                                  Fifth-Party Plaintiff,

           - against -

A. WILLIAMS TRUCKING & BACKHOE TRENCHING INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                                                Fifth-Party Defendants

x

------------------------------------------------------------------------

      Mark A. Rosen, of the law firm McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby enters an appearance in this matter on behalf of Fifth-Party Defendant, Stonewall Contracting Corporation.


Dated:  September 3, 2008                By:    /s/ Mark A. Rosen
                                                                   Mark A. Rosen