**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC., x

                Plaintiff,

- against -

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                Defendant.

x

07-CV-10639 (LAK)(AJP)

**RULE 7.1 STATEMENT OF STONEWALL CONTRACTING CORP.**

---

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                Third-Party Plaintiff,

- against -

CAULDWELL WINGATE COMPANY, LLC,

              Third-Party Defendant

x

---

CAULDWELL WINGATE COMPANY, LLC,

              Fourth-Party Plaintiff,

- against -

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

              Fourth-Party Defendant

x

---

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

         Fifth-Party Plaintiff,

     - against -

A. WILLIAMS TRUCKING & BACKHOE TRENCHING INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

         Fifth-Party Defendants

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Stonewall Contracting Corp. hereby certify that Stonewall Contracting Corp. is a corporation organized and existing under the laws of the State of New York, that it does not have any corporate parents, and that no publicly held corporation owns ten percent or more of its stock.

         McElroy, Deutsch, Mulvaney & Carpenter, LLP

      By:  */s/ Mark A. Rosen*
        Mark Rosen (MAR-2030)
        Attorneys for Fifth-Party Defendant
        Stonewall Contracting Corp.
        88 Pine Street – 24th Floor
        New York, New York 10005

Dated: New York, New York
    September 3, 2008

1134867_1.DOC