```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES:   07-CV-10639(LAK)(AJP)
INC.
                                        :
                    Plaintiff,             **Fifth-Party
                                        :  Defendant Dierks
           -against-                       Heating Company Inc.
                                        :  Initial Disclosure
                                           Pursuant to FRCP 7.1**
AMERICAN MANUFACTURERS MUTUAL           :
INSURANCE COMPANY
                    Defendant.          :

-------------------------------------X
AMERICAN MANUFACTURERS MUTUAL           :
INSURANCE COMPANY,
                                        :
           Third-Party Plaintiff,
                                        :
           -against-
                                        :
CAULDWELL WINGATE COMPANY, LLC,
                                        :
           Third-Party Defendant.
                                        :
-------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,         :

           Fourth-Party Plaintiff,      :

                                        :
           -against-
                                        :
DORMITORY AUTHORITY OF THE STATE OF NEW
YORK.                                   :

                                        :
           Fourth-Party Defendant.
                                        :
-------------------------------------X

Caption continued on the next page

                    1
```

```
------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW     :
YORK,
                                            :
             Fifth-Party Defendant
                                            :
          -against-
                                            :
A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL           :
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CNA SURETY      :
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING      :
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH      :
CONSULTANTS OF NEW YORK, INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO.,:
LLC, MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY        :
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING CORPORATION,    :
TRACTEL LTD. SWINGSTAGE DIVISION.
                                            :
             Fifth-Party Defendants.
------------------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record of Fifth Party Defendant DIERKS HEATING COMPANY, INC. certify that the following are its publicly held corporate parents, subsidiaries, or affiliates:

    NONE.

```
Dated Melville, New York 11747
      September 4, 2008
```

                              Steven G. Rubin & Associates, P.C.

```
                /S/
   By:_____
       By: Steven G. Rubin (SR-0351)
       Attorneys for Fifth-Party Defendant
       Dierks Heating Company, Inc.
       225 Old Country Road
       Melville, New York 11747
       Tel: (631) 622-0007
       Fax (631) 622-0009
       File No.1187.46.2/22433
```