UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES,
INC.,

                              Plaintiff,

        - against –

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                     Third-Party Plaintiff,

        - against –

CAULDWELL WINGATE COMPANY, LLC,

                     Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAULDWELL WINGATE COMPANY, LLC,

                     Fourth-Party Plaintiff,

        - against –

DORMITORY AUTHORITY OF THE STATE OF NEW
YORK,

                     Fourth-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Caption continued on the next page

07-CV-10639(LAK)(AJP)

**FIFTH-PARTY DEFENDANT
HERITAGE MECHANICAL
SERVICES, INC.'S DISCLO-
SURE STATEMENT PURSU-
ANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1**

------------------------------------------x

DORMITORY AUTHORITY OF THE STATE OF NEW
YORK,

                        Fifth-Party Plaintiff,

       - against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA, INC.,
BOVIS LEND LEASE LMB, INC., CNA SURETY
CORPORATION D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION, FIVE
STAR ELECTRIC CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC., HERITAGE
AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO.,
LLC, MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING CORPORATION,
TRACTEL LTD. SWINGSTAGE DIVISION,

                        Fifth-Party Defendants.

------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Fifth-Party Defendant Heritage Mechanical Services, Inc., mistakenly sued under its former

name of Heritage Air Systems Inc. ("Heritage"), files this disclosure statement.

Heritage is a wholly owned subsidiary of EMCOR Group, Inc., a publicly traded

company. No publicly held corporation other than EMCOR Group, Inc. owns 10% or more of

the stock of Heritage.

Dated:  Rockville Centre, New York
        September 4, 2008

                    MURTAGH, COHEN & BYRNE

                    By:
                        Edward T. Byrne (EB-8520)
                        Attorneys for Fifth-Party Defendant
                        Heritage Mechanical Services, Inc.
                        Office & P.O. Address
                        100 North Park Avenue
                        Rockville Centre, NY  11570
                        (516) 766-3200