UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                       Plaintiff,                     07-CV-10639(LAK)(AJP)

  - against –

AMERICAN MANUFACTURERS MUTUAL              **CERTIFICATE**
INSURANCE COMPANY,                                               **OF SERVICE**

                       Defendant.
------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                     Third-Party Plaintiff,

  - against –

CAULDWELL WINGATE COMPANY, LLC,

                     Third-Party Defendant.
------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC,

                     Fourth-Party Plaintiff,

  - against –

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                     Fourth-Party Defendant.
------------------------------------------x

Caption continued on the next page

```
-------------------------------------x
```
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                    Fifth-Party Plaintiff,

- against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                    Fifth-Party Defendants.
```
-------------------------------------x
```

    Please take notice that on September 4, 2008, a true copy of the Answer and Jury Demand of Fifth-Party Defendant Heritage Mechanical Services, Inc., together with its Rule 7.1 Statement, were filed with the Clerk of the Court and served upon all counsel appearing in the captioned action in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Rule on Electronic Service.

                                        MURTAGH, COHEN & BYRNE

                                        By: _____
                                             Edward T. Byrne (EB-8520)
                                             Attorneys for Fifth-Party Defendant
                                             Heritage Mechanical Services, Inc.
                                             Office & P.O. Address
                                             100 North Park Avenue
                                             Rockville Centre, NY  11570
                                             (516) 766-3200