TUNSTEAD & SCHECHTER
500 North Broadway, Ste. 101
Jericho, New York 11753
(516) 822-4400
By:  Marvin Schechter, Esq. (MS0206)
     Frank P. Ribaudo, Esq. (FR6019)
*Attorneys for Fifth-Party Defendant*
*Aspro Mechanical Contractors, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES,
INC.,

            Plaintiff,

   -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

            Defendant.
-------------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

          Third-Party Plaintiff,

   -against-

CAULDWELL WINGATE COMPANY, LLC,

          Third-Party Plaintiff.
-------------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

          Fourth-Party Plaintiff,
   -against-

DORMITORY AUTHORITY OF THE STATE OF NEW
YORK,

          Fourth-Party Defendant.
-------------------------------------------------------------------X

**Case No.:**
**07-CV-10639(LAK)(AP)**

**CERTIFICATE OF SERVICE**

Caption continued on the next page

---------------------------------------------------------------------X
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                                        Fifth-Party Plaintiff,

        -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC. ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK., INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC. RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWINGSTAGE DIVISION,

                                       Fifth-Party Defendants.
---------------------------------------------------------------------X

      Please take notice that on September 2, 2008, a true copy of the Fifth-Party Defendant Aspro Mechanical Contractors, Inc. Answer to Fifth-Party Complaint and Counterclaims, together with its Rule 7.1 Statement, were filed with the Clerk of the Court and upon all counsel appearing in accordance with the Federal Rules of Civil Procedure and the Court's Rule on Electronic Service.

Dated:   Jericho, New York
           September 4, 2008

                                        TUNSTEAD & SCHECHTER
                                        *Attorneys for Fifth-Party Defendant Aspro Mechanical*

                                        By: _____
                                        Marvin Schechter, Esq (MS0206)
                                        Frank P. Ribaudo, Esq. (FR6019)
                                        500 North Broadway, Ste. 101
                                        Jericho, New York 11753
                                        (516) 822-4400