UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                              Plaintiff,

       -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,
                              Defendant.
-------------------------------------------------------------X
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                          Third-Party Plaintiff,
      -against-

CAULDWELL WINGATE COMPANY, LLC,

                          Third-Party Defendant.
-------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                          Fourth-Party Plaintiff,
      -against-

DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                          Fourth-Party Defendant.
-------------------------------------------------------------X

07-cv-10639 (LAK) (AJP)

**RULE 7.1 STATEMENT OF CNA
SURETY CORPORATION D/B/A
AMERICAN CASUALTY COMPANY OF
READING, PA**

Caption continued on next page

------------------------------------------------------------X
DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                          Fifth-Party Plaintiff,

    -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA,
INC., BOVIS LEND LEASE LMB, INC., CNA
SURETY CORPORATION D/B/A AMERICAN
CASUALTY COMPANY OF READING, PA,
DIERKS HEATING COMPANY, INC. ENCLOS
CORPORATION, FIVE STAR ELECTRIC
CORPORATION, FUTURE TECH CONSULTANTS
OF NEW YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

                          Fifth-Party Defendants.

------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Fifth Party Defendant, CNA Surety Corporation d/b/a American Casualty Company of Reading, PA (hereinafter referred to as "CNA"), by and through its attorneys, Winget, Spadafora & Schwartzberg, LLP, hereby makes the following disclosure statements:

American Casualty Company of Reading, PA is a wholly owned subsidiary of CNA Financial Corporation (CNA). CNA Surety Corporation's (SUR) majority shareholder is CNA Financial Corporation. CNA Financial Corporation's majority shareholder is Loews Corporation (L).

Dated: New York, New York
       September 4, 2008

                                WINGET, SPADAFORA &
                                SCHWARTZBERG, LLP.
                                Attorneys for Fifth-Party Defendant
                                CNA Surety Corporation d/b/a American Casualty Company of Reading, PA

By:    Matthew Tracy, Esq. (MT – 2503)
        Harris B. Katz, Esq. (HK – 1000)
        45 Broadway, 19th Floor
        New York, New York 10016
        (212) 221-6900