UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   07-cv-10639 (LAK) (AJP)
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                                      Plaintiff,

    -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                                      Defendant.

------------------------------------------------------------X

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                              Third-Party Plaintiff,
    -against-

CAULDWELL WINGATE COMPANY, LLC,

                              Third-Party Defendant.

------------------------------------------------------------X
CAULDWELL WINGATE COMPANY, LLC,

                              Fourth-Party Plaintiff,
    -against-

DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                              Fourth-Party Defendant.

------------------------------------------------------------X

Caption continued on next page

1

```
-------------------------------------------------------------X
```
DORMITORY AUTHORITY OF THE
STATE OF NEW YORK,

                        Fifth-Party Plaintiff,

        -against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS CANADA,
INC., BOVIS LEND LEASE LMB, INC., CNA
SURETY CORPORATION D/B/A AMERICAN
CASUALTY COMPANY OF READING, PA,
DIERKS HEATING COMPANY, INC. ENCLOS
CORPORATION, FIVE STAR ELECTRIC
CORPORATION, FUTURE TECH CONSULTANTS
OF NEW YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAB, INC., PYRAMID
FIRE PROTECTION, INC., RAFAEL VINOLY
ARCHITECTS P.C., SMI-OWEN STEEL COMPANY,
INC., STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWINGSTAGE
DIVISION,

                        Fifth-Party Defendants.
```
-------------------------------------------------------------X
```

## NOTICE OF APPEARANCE OF HARRIS B. KATZ

To the Clerk:

Please enter my appearance as counsel of record for fifth-party defendant CNA Surety Corporation d/b/a American Casualty Company of Reading, P.A. in this matter.

I request that I receive copies of all filings by the ECF system.

Dated: New York, New York
       September 4, 2008

                                                s/*Harris B. Katz*
                                                Harris B. Katz (HK – 1000)
                                                Winget, Spadafora, & Schwartzberg, LLP
                                                45 Broadway, 19th Floor

New York, NY 10006
212-221-6900
212-221-6969 (fax)
Email: katz.h@wssllp.com
Attorneys for Fifth-Party Defendant
CNA Surety Corporation d/b/a American Casualty Company of Reading, PA