Steven I. Levin (SL-0217)
Rosemary B. Boller (RB-6876)
LEVIN & GLASSER, P.C.
420 Lexington Avenue, Suite 805
New York, New York 10170
(212) 867-3636
Attorneys for Fifth-Party Defendant Five Star Electric Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

            Plaintiff,

  -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

            Defendant.
-----------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

            Third-Party Plaintiff,

  -against-

CAULDWELL-WINGATE COMPANY, LLC,

            Third-Party Defendant.
-----------------------------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC,

            Fourth-Party Plaintiff,

  -against-

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

            Fourth-Party Defendant.
-----------------------------------------------------------------x

07-CV-10639-LAK

**NOTICE OF APPEARANCE**

```
-----------------------------------------------------------------x
DORMITORY AUTHORITY OF THE STATE            :
OF NEW YORK                                 :
                                            :
                Fifth-Party Plaintiff,      :
                                            :
        -against-                           :
                                            :
A. WILLIAMS TRUCKING & BACKHOE              :
E TRENCHING, INC., et al.,                  :
                                            :
                Fifth-Party Defendants.     :
-----------------------------------------------------------------x
```

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for fifth-party defendant Five Star Electric Corp. in the above-captioned action.

Dated:  New York, NY
        August 19, 2008

                                                                     LEVIN & GLASSER, P.C.

                                                                     By: _____
                                                                         Rosemary B. Boller (RB-6876)
                                                                         420 Lexington Avenue, Suite 805
                                                                         New York, New York 10170
                                                                         (212) 867-3636

                                                                         Attorneys for Fifth-Party Defendant Five
                                                                         Star Electric Corp.