Steven I. Levin (SL-0217)
Rosemary B. Boller (RB-6876)
LEVIN & GLASSER, P.C.
420 Lexington Avenue, Suite 805
New York, New York 10170
(212) 867-3636
Attorneys for Fifth-Party Defendant Five Star Electric Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION  :
ASSOCIATES, INC.,              :
                               :    07-CV-10639-LAK
       Plaintiff,      :
                               :
  -against-                   :
                               :
AMERICAN MANUFACTURERS MUTUAL  :
INSURANCE COMPANY,             :
                               :
       Defendant.      :    **FIVE STAR ELECTRIC CORP.'S**
-----------------------------------------------------------------x    **RULE 7.1 STATEMENT**
AMERICAN MANUFACTURERS MUTUAL  :
INSURANCE COMPANY,             :
                               :
       Third-Party Plaintiff, :
                               :
  -against-                   :
                               :
CAULDWELL-WINGATE COMPANY, LLC, :
                               :
       Third-Party Defendant. :
-----------------------------------------------------------------x
CAULDWELL WINGATE COMPANY, LLC, :
                               :
       Fourth-Party Plaintiff, :
                               :
  -against-                   :
                               :
DORMITORY AUTHORITY OF THE STATE :
OF NEW YORK,                   :
                               :
       Fourth-Party Defendant. :
-----------------------------------------------------------------x

```
-----------------------------------------------------------x
DORMITORY AUTHORITY OF THE STATE         :
OF NEW YORK                              :
                                         :
              Fifth-Party Plaintiff,     :
                                         :
    -against-                            :
                                         :
A. WILLIAMS TRUCKING & BACKHOE           :
E TRENCHING, INC., et al.,               :
                                         :
              Fifth-Party Defendants.    :
-----------------------------------------------------------x
```

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, Fifth-Party defendant Five Star Electric Corp. states that it is a privately held corporation whose stock is wholly owned by its privately held parent corporation, GreenStar Services Corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      August 19, 2008

LEVIN & GLASSER, P.C.

By: *[signature]*
    Steven I. Levin (SL-0217)
    Rosemary B. Boller (RB-6876)
420 Lexington Avenue, Suite 805
New York, New York 10170
(212) 867-3636
Attorneys for Fifth-Party Defendant Five Star Electric Corp.

2