Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC., | 07-CV-10639 (LAK) (AJP) |
| Plaintiff, | ECF CASE |
| -against- | **NOTICE OF APPEARANCE** |
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

---------------------------------------------------------------X

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

       Third-Party Plaintiff,

 -against-

CAULDWELL WINGATE COMPANY, LLC,

       Third-Party Defendant.

---------------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

       Fourth-Party Plaintiff,

 -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

       Fourth-Party Defendant.

---------------------------------------------------------------X

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

       Fifth-Party Plaintiff,

   -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CAN SURETY CORPORATION D/B/A/ AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAD, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OVEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD. SWING STAGE DIVISION,

       Fifth-Party Defendants.
----------------------------------------------------------X

  PLEASE TAKE NOTICE that the undersigned hereby appear as counsel of record for Fifth-Party Defendant Enclos Corporation and request that copies of all papers in this action be served upon them at the offices and addresses set forth below.

-3-

Dated: September 5, 2008   **DORSEY & WHITNEY LLP**

By /s/ Neil E. McDonell
　 Neil E. McDonell
Charisa S. Tak
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
mcdonell.neil@dorsey.com
tak.charisa@dorsey.com

OF COUNSEL
Steven J. Wells (admitted *pro hac vice*)
Eric Ruzicka (admitted *pro hac vice*)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
wells.steve@dorsey.com
ruzicka.eric@dorsey.com

*Attorneys for Fifth-Party Defendant
Enclos Corporation*