Neil E. McDonell
Charisa S. Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WILLIAM A. GROSS CONSTRUCTION
ASSOCIATES, INC.,

                                Plaintiff,

        -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                           Defendant.

-------------------------------------------------------------X

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

                   Third-Party Plaintiff,

        -against-

CAULDWELL WINGATE COMPANY, LLC,

                Third-Party Defendant.

-------------------------------------------------------------X

CAULDWELL WINGATE COMPANY, LLC,

                Fourth-Party Plaintiff,

        -against-

DORMITORY AUTHORITY OF THE STATE OF
NEW YORK,

               Fourth-Party Defendant.

-------------------------------------------------------------X

07-CV-10639 (LAK) (AJP)

ECF CASE

**<u>CERTIFICATE OF SERVICE</u>**

DORMITORY AUTHORITY OF THE STATE
OF NEW YORK,

                Fifth-Party Plaintiff,

          -against-

A.   WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., ASPRO MECHANICAL
CONTRACTORS, INC., BEAUBOIS
CANADA, INC., BOVIS LEND LEASE LMB,
INC., CAN SURETY CORPORATION D/B/A/
AMERICAN CASUALTY COMPANY OF
READING, PA, DIERKS HEATING
COMPANY, INC., ENCLOS CORPORATION,
FIVE STAR ELECTRIC CORPORATION,
FUTURE TECH CONSULTANTS OF NEW
YORK, INC., HERITAGE AIR SYSTEMS,
INC., HUGH O`KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAD, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OVEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD. SWING
STAGE DIVISION,

               Fifth-Party Defendants.
---------------------------------------------------------X

      **PLEASE TAKE NOTICE** that on September 5, 2008, copies of the documents listed

below were served via first-class mail upon:

Larry F. Gainen
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177


   1.  NOTICE OF APPEARANCE.

Dated:  September 5, 2008                     **DORSEY & WHITNEY LLP**


By_ /s/ Charisa S. Tak_____
Neil E. McDonell
Charisa Tak
250 Park Avenue
New York, NY 10177-1500
Telephone:  (212) 415-9200

OF COUNSEL
Steven J. Wells (admitted *pro hac vice*)
Eric Ruzicka (admitted *pro hac vice*)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Fifth-Party Defendant*
*Enclos Corporation*