*Kafka/1*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC., | Case No.: 07-CV-10639 (LAK) (AJP) |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT SMI-OWEN STEEL COMPANY, INC. TO RESPOND TO FIFTH-PARTY COMPLAINT** |
| - against - | |
| AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY | |
| Defendant. | |

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,

                    Third Party Plaintiff,

        - against -

CAULDWELL WINGATE COMPANY, LLC

                    Third-Party Defendant.

CAULDWELL WINGATE COMPANY, LLC

                    Fourth-Party Plaintiff,

        - against -

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                    Fourth-Party Defendant.

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                    Fifth-Party Plaintiff,

        - against -

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

2042283 1

CANADA, INC., BOVIS LEND LEASE
LMB, INC., CAN SURETY CORPORATION
D/B/A AMERICAN CASUALTY
COMPANY OF READING, PA, DIERKS
HEATING COMPANY, INC., ENCLOS
CORPORATION, FIVE STAR ELECTRIC
CORPORATION, FUTURE TECH
CONSULTANTS OF NEW YORK, INC.,
HERITAGE AIR SYSTEMS, INC., HUGH
O'KANE ELECTRIC CO., LLC,
MATERIALS TESTING LAB, INC.,
PYRAMID FIRE PROTECTION, INC.,
RAFAEL VINOLY ARCHITECTS P.C., SMI-
OWEN STEEL COMPANY, INC.,
STONEWALL CONTRACTING
CORPORATION, TRACTEL LTD.
SWINGSTAGE DIVISION,

                                    Fifth-Party Defendant.

Fifth-Party Plaintiff DORMITORY AUTHORITY OF THE STATE OF NEW YORK

hereby stipulates and agrees that the time for Fifth-Party Defendant SMI-OWEN STEEL

COMPANY, INC. to answer or otherwise respond to the Fifth-Party Complaint in this matter is

hereby extended up to and including October 2, 2008.

Dated: September 3, 2008

CITY OF NEW YORK LAW DEPARTMENT

By: EDWIN M. LEVY, ESQ.
Attorneys for Fifth-Party Plaintiff,
DORMITORY AUTHORITY OF THE
STATE OF NEW YORK
100 Church Street
New York, NY 10007

SO ORDERED:

9/4/08

2042283 1

2