THELEN LLP
Attorney for Fifth Party Defendant
Materials Testing Lab, Inc.
875 Third Avenue
New York, NY 10022
(212) 603-2000
Brian J. Markowitz (BM-9640)
Michael Chartan (MC-4609)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WILLIAM A. GROSS CONSTRUCTION ASSOCIATES, INC.,

                                     Plaintiff,   07-CV-10639 (LAK)(AJP)

           -against-

AMERICAN MANUFACTURERS MUTUAL INSURANCE **RULE 7.1 DISCLOSURE**
COMPANY, **STATEMENT**

                                   Defendant.
------------------------------------------------------------------------x
AMERICAN MANUFACTURERS MUTUAL INSURANCE
COMPANY,

                 Third-Party Plaintiff,

           -against-

CAULDWELL WINGATE COMPANY, LLC,

                 Third-Party Defendant.
------------------------------------------------------------------------x
CAULDWELL WINGAGE COMPANY, LLC,

                 Fourth-Party Plaintiff,

           -against-

DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                 Fourth-Party Defendant.
------------------------------------------------------------------------x

Captioned continued on next page

```
------------------------------------------------------------------------x
```
DORMITORY AUTHORITY OF THE STATE OF NEW YORK,

                Fifth-Party Plaintiff,

      -against-

A. WILLIAMS TRUCKING & BACKHOE TRENCHING, INC., ASPRO MECHANICAL CONTRACTORS, INC., BEAUBOIS CANADA, INC., BOVIS LEND LEASE LMB, INC., CNA SURETY CORPORATION D/B/A AMERICAN CASUALTY COMPANY OF READING, PA, DIERKS HEATING COMPANY, INC., ENCLOS CORPORATION, FIVE STAR ELECTRIC CORPORATION, FUTURE TECH CONSULTANTS OF NEW YORK, INC., HERITAGE AIR SYSTEMS, INC., HUGH O'KANE ELECTRIC CO., LLC, MATERIALS TESTING LAB, INC., PYRAMID FIRE PROTECTION, INC., RAFAEL VINOLY ARCHITECTS P.C., SMI-OWEN STEEL COMPANY, INC., STONEWALL CONTRACTING CORPORATION, TRACTEL LTD., SWINGSTAGE DIVISION,

                Fifth-Party Defendants.
```
------------------------------------------------------------------------x
```

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Fifth Party Defendant, Materials Testing Lab, Inc., certifies that Materials Testing Lab, Inc. has no corporate parent and that no publicly held corporation owns 10% or more of Materials Testing Lab, Inc.'s stock.

Dated: New York, New York
     September 12, 2008

                THELEN LLP
                Attorney for Fifth-Party Defendant, Materials Testing Lab, Inc.
                875 Third Avenue
                New York, NY 10022
                (212) 603-2083


              By: _S/ Brian J. Markowitz_____
                 BRIAN J. MARKOWITZ (BM-9640)

NY #1747040 v1