

WASSERMAN GRUBIN & ROGERS, LLP
1700 BROADWAY
NEW YORK, NEW YORK 10019
(212) 581-3320
FACSIMILE: (212) 956-5255

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/24/09

February 17, 2009

**Via Hand Delivery**

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl St. Rm. 1370
New York, NY 10007-1312

    Re:    William A. Gross Constr. Assocs. v. American Mfg. Mutual Ins.
            07-CV-10639 (LAK) (AJP)

Dear Judge Peck:

    We submit this letter application seeking to substitute counsel for Materials Testing Lab Inc. ("MTL"), a fifth-party defendant in the above-listed action.

    MTL was originally represented in this matter by Thelen LLP. Upon Thelen LLP's December 1, 2008 dissolution, MTL's representation moved with the Thelen LLP attorneys handling the matter to Duane Morris LLP. (*See* docket # 296.)

    A potential conflict with an existing Duane Morris LLP client has recently been raised, and consequently, Wasserman Grubin & Rogers, LLP has been retained to represent MTL in place of Duane Morris LLP. Accordingly, we respectfully request that the Court "so order" this substitution of counsel for MTL.

Respectfully submitted,

Wasserman Grubin & Rogers, LLP

By Richard Wasserman, Esq.

Duane Morris LLP

By Brian Markowitz, Esq.

Materials Testing Lab Inc.

By Kevin Cosgrove, President

**MEMO ENDORSED** 2/24/09
APPROVED

So Ordered:

Hon. Andrew J. Peck, U.S.M.J.
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

cc:    Hon. Lewis A. Kaplan (by hand)
        Counsel of Record (via e-mail)

**BY ECF** Copy by ECF to All Counsel for Mtg.